UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 09-06750-MMM(DTBx) |
| Date | November 18, 2009 |
| Title | Vanessa Browne, et al vs. American Honda Motor Co., Inc., |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Dylan Huges
Eric Gibbs
Steven Berk

Attorneys Present for Defendants:

Eric Kizirian
David Peim

**Proceedings:**   SETTLEMENT CONFERENCE

Settlement was not reached.