ROY M. BRISBOIS, SB# 53222
E-Mail: brisbois@lbbslaw.com
ERIC Y. KIZIRIAN, SB# 210584
E-Mail: kizirian@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for American Honda Motor Co., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BROWNE and PAUL MOORE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | CV09-06750 MMM (DTBx)<br><br>Hon. Margaret M. Morrow<br><br>**JOINT NOTICE OF PROPOSED SETTLEMENT AGREEMENT AND REQUEST TO STAY DEADLINES FOR (1) AMERICAN HONDA MOTOR CO., INC. TO RESPOND TO INITIAL COMPLAINT OF PLAINTIFFS VANESSA BROWNE AND PAUL MOORE; AND (2) PLAINTIFFS BROWNE AND MOORE TO FILE A MOTION FOR CLASS CERTIFICATION** |

TO THE HONORABLE COURT:

Plaintiffs Vanessa Browne and Paul Moore ("Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("Honda"), through their undersigned counsel, hereby notify the Court that, after extensive negotiations, the parties have agreed to the material terms of a proposed nationwide settlement of all of the above-referenced class action and have executed a Settlement Agreement and Release.

The parties currently are preparing a Motion for Preliminary Approval of the Proposed Class Action Settlement ("Preliminary Approval Motion") for submission to the Court. Because the parties anticipate that the Preliminary Approval Motion will be submitted for the Court's consideration within thirty (30) days, they respectfully request that (1) the deadline for Honda's response to Plaintiffs' Class Action Complaint, currently set for January 6, 2010, and (2) the deadline for Plaintiffs to file their Motion for Class Certification, currently set for March 16, 2010, be stayed until the Court has ruled on the Preliminary Approval Motion.

DATED: January 5, 2010

ROY M. BRISBOIS
ERIC Y. KIZIRIAN
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Eric Y. Kizirian
Eric Y. Kizirian
Attorneys for American Honda Motor Co., Inc.

DATED: January 10, 2010

ERIC H. GIBBS
GIRARD GIBBS LLP

By: /s/ Eric H. Gibbs
Eric H. Gibbs
Attorneys for Plaintiffs