UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BROWNE and PAUL MOORE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | CV09-06750 MMM (DTBx)<br><br>Hon. Margaret M. Morrow<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO STAY DEADLINES FOR (1) AMERICAN HONDA MOTOR CO., INC. TO RESPOND TO INITIAL COMPLAINT OF PLAINTIFFS VANESSA BROWNE AND PAUL MOORE; AND (2) PLAINTIFFS BROWNE AND MOORE TO FILE A MOTION FOR CLASS CERTIFICATION** |

The Court has reviewed and considered the parties' January 5, 2010 Joint Notice Of Proposed Settlement Agreement And Request To Stay Deadlines For (1) American Honda Motor Co., Inc. To Respond To Initial Complaint Of Plaintiffs Vanessa Browne And Paul Moore; And (2) Plaintiffs Browne And Moore To File A Motion For Class Certification (the "Joint Notice"). Based on the Joint Notice and GOOD CAUSE APPEARING, it is hereby ordered that (1) American Honda Motor Co., Inc's January 6, 2010 deadline to respond to Plaintiffs' complaint, and (2) Plaintiffs' March 16, 2010 deadline for file a motion for class certification, are hereby stayed pending the Court's ruling on the Parties' Request for Preliminary Approval of the proposed class action settlement.

**IT IS SO ORDERED.**

Dated: January __, 2010

_____
Hon. Margaret M. Morrow
United States District Court Judge