Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Steven N. Berk (*pro hac vice*)
steven@berklawdc.com
Michael Lewis (*pro hac vice*)
**BERK LAW PLLC**
1225 Fifteenth St. NW
Washington, DC 20005
Phone: (202) 232-7550
Facsimile: (202) 232-7556

Attorneys for Individual and Representative
Plaintiffs Vanessa Browne and Paul Moore

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA BROWNE and PAUL MOORE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. CV 09-06750-MMM(DTBx)<br><br>**STIPULATION AND JOINT REQUEST TO ADVANCE HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |

Plaintiffs Vanessa Browne and Paul Moore ("Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("Honda"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on or about March 26, 2010, Plaintiffs filed a Motion for Preliminary Approval of Class Settlement (the "Motion"), selecting the Court's first open motion date—May 17, 2010—as the date for hearing the Motion (Docs. #27-29);

WHEREAS, Honda filed a joinder in support of the Motion on March 30, 2010 (Doc. #30);

WHEREAS, Plaintiffs and Honda do not intend to submit additional briefing in support of the Motion;

WHEREAS, Plaintiffs in this putative class action contend that the rear brake pads on Class Vehicles wear out prematurely;

WHEREAS, the parties have negotiated a proposed class action settlement that provides substantial benefits to current and former owners of over 750,000 vehicles, including 2008-2010 model year Honda Accords and 2009-2010 model year Acura TSX vehicles;

WHEREAS, as set forth in the Motion, the proposed class benefits include reimbursement for out-of-pocket expenses incurred for past and future rear brake pad replacements;

WHEREAS, both Honda and Plaintiffs' counsel already have received numerous inquiries from class members seeking relief for the very issue that the proposed settlement is designed to address;

WHEREAS, if the Court can accommodate their request, the parties believe that advancing the hearing date on the Motion would benefit many people in the class by:

(1) moving the deadline for mailing the class notice from the current proposed June 30, 2010 deadline to a date that is about a month sooner;

(2) advising consumers about settlement benefits that will be available should the Court grant final approval to the proposed settlement, which the parties believe will curb

1   consumer inquiries about rear brake pad wear on the Class Vehicles; and

2   (3) enabling the parties to schedule an earlier date for both the final fairness
3   hearing and the commencement of the claims process, which in turn would allow class
4   members to receive the substantial benefits of the proposed settlement at an earlier date
5   should the Court grant final approval to the proposed settlement;

6   WHEREAS, the parties appreciate the Court's consideration of their request,
7   which they do not make lightly given the Court's heavy docket.

8   IT IS HEREBY STIPULATED AND AGREED that the Court may enter an order
9   advancing the currently scheduled May 17, 2010 hearing date for the Motion to Monday,
10  April 19, 2010, at 10:00 a.m., or such additional time that is convenient for the Court.

12  DATED: March 30, 2010            Respectfully submitted,

                                     **GIRARD GIBBS LLP**

                                     By:   /s/ Eric H. Gibbs

                                     Dylan Hughes
                                     Geoffrey A. Munroe
                                     601 California Street, Suite 1400
                                     San Francisco, California 94108
                                     Telephone: (415) 981-4800
                                     Facsimile: (415) 981-4846

                                     Steven N. Berk
                                     Michael Lewis
                                     **BERK LAW PLLC**
                                     1225 Fifteenth St. NW
                                     Washington, DC 20005
                                     Phone: (202) 232-7550
                                     Facsimile: (202) 232-7556

                                     *Attorneys for Individual and Representative*
                                     *Plaintiffs Vanessa Browne and Paul Moore*

1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**

2 | By: /s/ Eric Y. Kizirian

4 | Roy M. Brisbois
5 | 221 North Figueroa Street, Suite 1200
  | Los Angeles, California 90012
6 | Telephone: (213) 250-1800
7 | Facsimile: (213) 250-7900

8 | *Attorneys for Defendant*
9 | *American Honda Motor Co., Inc.*