Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Steven N. Berk (*pro hac vice*)
steven@berklawdc.com
Michael Lewis (*pro hac vice*)
**BERK LAW PLLC**
1225 Fifteenth St. NW
Washington, DC 20005
Phone: (202) 232-7550
Facsimile: (202) 232-7556

Attorneys for Individual and Representative
Plaintiffs Vanessa Browne and Paul Moore

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA BROWNE and PAUL MOORE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. CV 09-06750-MMM(DTBx)<br><br>**STIPULATION AND JOINT REQUEST TO ADVANCE FAIRNESS HEARING AND CORRESPONDING DATES** |

1  Plaintiffs Vanessa Browne and Paul Moore ("Plaintiffs"), and Defendant
2  American Honda Motor Co., Inc. ("Honda"), through their undersigned counsel, hereby
3  stipulate and agree as follows:
4  WHEREAS, on March 26, 2010, Plaintiffs filed a Motion for Preliminary
5  Approval of Class Settlement, selecting the Court's first open motion date—May 17,
6  2010—as the date for hearing the Motion (Docs. #27-29);
7  WHEREAS, the Court issued its Order Granting Preliminary Approval Of Class
8  Settlement ("Preliminary Approval Order") on April 15, 2010, approximately one month
9  in advance of the scheduled hearing date (Doc. #34);
10 WHEREAS, the dates selected in the Preliminary Approval Order for future
11 events (including the Fairness Hearing,[1] the briefing deadlines, and the deadline for
12 Class members to submit objections and requests for conclusion) corresponded to the
13 May 17, 2010, hearing date;
14 WHEREAS, the parties respectfully submit that in light of the earlier entry of the
15 Preliminary Approval Order it would be logical and to the benefit of the Class to
16 similarly advance the Fairness Hearing and corresponding deadlines;
17 WHEREAS, the Preliminary Approval Order requires the class notice and claim
18 form to be mailed to the Class by June 14, 2010, approximately three months before the
19 scheduled Fairness Hearing (currently set for September 13, 2010);
20 WHEREAS, the parties appreciate the Court's consideration and respectfully
21 suggest the following schedule, which maintains the same timing between the various
22 dates that appears in the Preliminary Approval Order:
23 //
24 //
25 //

---

[1] Per the Preliminary Approval Order, the Fairness Hearing is to involve a hearing on "entry of final approval of the Settlement Agreement, an award of fees and expenses to Class Counsel, and incentive payments to the named Plaintiffs."

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Deadline for parties' memoranda, declarations, or other statements and/or materials in support of the request for final approval of the parties' Settlement | August 2, 2010 | **June 28, 2010** |
| Deadline for Class Counsel's application for an award of attorneys' fees and costs and for an incentive award to the named Plaintiffs | August 2, 2010 | **June 28, 2010** |
| Deadline for Class members' objections and Class members' requests for exclusion | August 16, 2010 | **July 12, 2010** |
| Deadline for parties' reply in support of final approval of the Settlement Agreement | August 30, 2010 | **July 26, 2010** |
| Deadline for Class Counsel's reply in support of the Fee Application | August 30, 2010 | **July 26, 2010** |
| Fairness Hearing | September 13, 2010 | **August 9, 2010** |

IT IS HEREBY STIPULATED AND AGREED that the Court may enter an order advancing the currently scheduled dates as follows: (1) the parties' deadline to file memoranda, declarations, or other statements and/or materials in support of the request for final approval of the parties' Settlement advanced to June 28, 2010; (2) Class Counsel's deadline to file an application for an award of attorneys' fees and costs and for an incentive award to the named Plaintiffs advanced to June 28, 2010; (3) the deadline for Class members' objections and Class members' requests for exclusion advanced to

1  July 12, 2010; (4) the parties' deadline to file a reply in support of final approval of the
2  Settlement Agreement advanced to July 26, 2010; (5) the deadline for Class Counsel to
3  file any reply in support of the Fee Application advanced to July 26, 2010; and (6) the
4  Fairness Hearing advanced to August 9, 2010, at 10:00 a.m., or such additional time that
5  is convenient for the Court.

6  DATED: April 19, 2010         Respectfully submitted,

**GIRARD GIBBS LLP**

By:   /s/ Dylan Hughes

Eric H. Gibbs
Geoffrey A. Munroe
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Steven N. Berk
Michael Lewis
**BERK LAW PLLC**
1225 Fifteenth St. NW
Washington, DC 20005
Phone: (202) 232-7550
Facsimile: (202) 232-7556

*Attorneys for Individual and Representative
Plaintiffs Vanessa Browne and Paul Moore*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:   /s/ Eric Y. Kizirian

Roy M. Brisbois
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

*Attorneys for Defendant
American Honda Motor Co., Inc.*