# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  MARGARET M. MORROW

From: ANEL HUERTA _____, Deputy Clerk    Date Received: 4/30/10

Case No.: CV 09-06750-MMM(DTBx)    Case Title: BROWNE, ET AL VS AM. HONDA MOTOR CO., INC.

Document Entitled: LETTER

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1      Proposed amended pleading not under separate cover
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
☐ General Order 07-08  Case is designated for electronic filing
☐ Other: L.R. 83-2.11 Communications with the Judge. Attorneys or parties..shall refrain from writing letters to the judge,...All matters shall be called to a judge's attention by appropriate application or motion pursuant to the L.R.

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                       U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

5/4/10                     /s/ Margaret M. Morrow
Date                       U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SINGED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (02/09)            NOTICE OF DOCUMENT DISCREPANCIES