# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BROWNE and PAUL MOORE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>　　　　　　Defendant. | Case No.  CV 09-06750-MMM(DTBx)<br><br>Honorable Margaret M. Morrow<br><br>**ORDER GRANTING JOINT REQUEST TO ADVANCE FAIRNESS HEARING AND CORRESPONDING DATES** |

1   The Court has reviewed and considered the parties' April 19, 2010, Stipulation
2 And Joint Request To Advance Fairness Hearing And Corresponding Dates
3 ("Stipulation"). Based on the Stipulation, discussion with both parties, and GOOD
4 CAUSE APPEARING, it is hereby ordered that the dates in the court's April 15, 2010
5 order granting preliminary approval of the proposed class settlement are modified as
6 follows:  (1) the deadline for Honda to cause individual notice to be mailed to class
7 members is June 1, 2010; (2) the parties' deadline to file memoranda, declarations, or
8 other statements and/or materials in support of the request for final approval of the
9 parties' Settlement is June 21, 2010; (3) Class Counsel's deadline to file an application
10 for an award of attorneys' fees and costs and for an incentive award to the named
11 Plaintiffs is June 21, 2010; (4) the deadline for Class members' objections and Class
12 members' requests for exclusion is July 5, 2010; (5) the parties' deadline to file a reply in
13 support of final approval of the Settlement Agreement is July 12, 2010; (6) the deadline
14 for Class Counsel to file any reply in support of the Fee Application is July 12, 2010; and
15 (7) the Fairness Hearing shall be set for July 26, 2010, at 10:00 a.m.

Dated:  April 30, 2010

_____
Hon. Margaret M. Morrow
United States District Court Judge

ORDER GRANTING JOINT REQUEST TO ADVANCE
FAIRNESS HEARING AND CORRESPONDING DATES
CASE NO.  CV 09-06750-MMM(DTBx)