Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

Attorneys for Individual and Representative
Plaintiffs Vanessa Browne and Paul Moore

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BROWNE and PAUL MOORE, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>　　　　Defendant. | Case No.  CV 09-06750-MMM(DTBx)<br><br>**DECLARATION OF DAVID STEIN IN SUPPORT OF PLAINTIFFS' MOTIONS FOR:**<br>**1) FINAL APPROVAL OF CLASS SETTLEMENT,  AND**<br>**2) ATTORNEY FEES & EXPENSES**<br><br>Date:  July 26, 2010<br>Time:  10:00 a.m.<br>Before:  Hon. Margaret Morrow |

I, David Stein, hereby declare as follows:

1. I am a member in good standing of the State Bar of California and an associate of the A-V rated law firm Girard Gibbs LLP ("Girard Gibbs"), one of the law firms serving as Class Counsel in the above-captioned action against American Honda Motor Co., Inc. ("Honda"). I submit this declaration in support of Plaintiffs' Motion For Final Settlement Approval and Plaintiffs' Motion for Attorney Fees and Costs.

2. I have been personally involved in our firm's efforts to respond to the questions and comments we have received from Class members. During the past month, Girard Gibbs has received over 3,000 phone calls and over 1,000 emails concerning this litigation and settlement. About 3,000 people have asked our firm to provide them with updates concerning the settlement and ongoing Court process over the coming months. As of June 18, 2010, we have returned phone calls to everyone—as best I can ascertain—who contacted Girard Gibbs with a question about the settlement.

3. I have personally spoken with dozens of the Class members and have reviewed each of the more than 1,000 emails we have received. In addition, I have overseen the support staff, paralegals, and attorneys at our firm who have assisted in our response efforts.

4. Overall, the response to the settlement from the Class has been positive. Many members of the Class had not realized a lawsuit had been filed and have expressed gratitude with the solution provided. Many other Class members have vehicles with low mileage, and thus have yet to replace their rear brake pads.

5. The vast majority of the Class members have called or emailed seeking to confirm information that was provided in the class notice or available on the web sites. For instance, many people want to know when the Effective Date is, when they should send in the claim form, whether they can be reimbursed for multiple repairs, whether they can be reimbursed for repairs using non-Honda brake pads, whether they need to replace their brake pads immediately, and whether their brakes pose a safety concern. Other

1  Class members have written in to simply express their point of view on the Settlement or
2  to express frustration that Honda did not implement a voluntary recall or otherwise
3  address the problem by itself. Others have complained that the settlement does not
4  provide for reimbursement if the past replacement was with non-Honda brake pads or
5  that they will not get reimbursed 100% of what they paid to replace the brake pads.
6      I declare under penalty of perjury under the laws of the United States of America
7  that the foregoing is true and correct. Executed on this 21st day of June 2010, at San
8  Francisco, California.

*/s/ David Stein*
David Stein