Steven N. Berk (*pro hac vice*)
steven@berklawdc.com
Michael Lewis (*pro hac vice*)
**BERK LAW PLLC**
1225 Fifteenth St. NW
Washington, DC 20005
Phone: (202) 232-7550
Facsimile: (202) 232-7556

Attorneys for Individual and Representative
Plaintiffs Vanessa Browne and Paul Moore

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BROWNE and PAUL MOORE, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>     v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>          Defendant. | Case No.  CV 09-06750-MMM(DTBx)<br><br>**DECLARATION OF STEVEN N. BERK IN SUPPORT OF PLAINTIFFS' MOTIONS FOR:**<br>**1) FINAL APPROVAL OF CLASS SETTLEMENT,  AND**<br>**2) ATTORNEY FEES & EXPENSES**<br><br>Date:  July 26, 2010<br>Time:  10:00 a.m.<br>Before:  Hon. Margaret Morrow |

I, Steven N. Berk, hereby declare as follows:

1. I am a principal in the law firm of Berk Law PLLC, counsel for Plaintiff Vanessa Browne and Paul Moore in this class action against American Honda Motor Co., Inc. ("Honda"). The following statements are based on my personal knowledge and review of the files in this case and, if called on to do so, could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Motion for Final Approval of Class Settlement and Attorney Fees and Expenses, supplementing the Joint Declaration from myself and Eric H. Gibbs, which contains a detailed description of the litigation and settlement efforts by our firms on behalf of the Class.

3. I received my B.A. with honors from Washington University, my M.Sc. from the London School of Economics in International Relations, and my J.D. magna cum laude from Boston College School of Law.

4. From 1990-1994, I served as an Assistant United States Attorney for the District of Columbia. I prepared and presented several appellate cases before the District of Columbia Circuit Court of Appeals and the District of Columbia Court of Appeals. Following my position as Assistant US Attorney, I served as a Trial Attorney for the Securities and Exchange Commission in the Office of the General Counsel.

5. After my tenure in government, I worked for the Washington office of Jenner & Block as partner. At the firm, I was lead trial counsel in a number of commercial cases in federal and state courts. My substantive expertise includes federal and state regulatory issues, antitrust litigation and counseling; internal corporate investigations; and white-collar criminal defense. In April 2009, I established Berk Law PLLC. Over the last year, I have continued working on several consumer class action cases as well as filing several cases on behalf of aggrieved investors of Ponzi schemes.

6. I am a member in good standing of the District of Columbia and Illinois Bars. In addition, I am currently a member of the standing committee of the DC Bar's

Judicial Evaluation Committee.

7. I am a member of the bar of the United States Supreme Court and have been admitted to practice before several federal district and state circuit courts across the country.

8. I have experience handling a variety of appellate and trial cases. A true and accurate copy of my law firm's resume is attached as **Exhibit 1**. A sample of my pending and past cases from my career include:

1) *Kay Sullivan, et al v. Agape World, Inc. et al,* No: CV 09 1274, United States District Court Eastern District of New York (2009);

2) *Kimberly Benson, et al v. JP Morgan Chase Bank, N.A., individually and as successor in interest of Washington Mutual, Inc,* No, CV 09 5272, United States District Court Northern District of California, San Francisco Division (2009);

3) *Rita Lawrence, et al v. Bank of America, N.A.,* No: 8:09-cv-2162-VMC-TGW, United States District Court For the Middle District of Florida, Tampa Division (2009);

4) *Mike Collins, Frank Greene, and Nature Discount Inc, v. AdSurfDaily, Inc, Thomas Anderson Bowdoin Jr, Walter Clarence Busby Jr, Robert Garner, and Bank of America, N.A,* No: 1:09-cv-00100, United States District Court for the District of Columbia (2009);

5) *Kathie Aamodt Ward, on behalf of herself and all others similarly situated v. American Home Shield Corporation; American Home Shield of California, Inc.,* No.CV-07-01380, United States District Court Central District of California, Western Division (2009);

6) *In Re: Series 7 Broker Qualification Exam Scoring Litigation, William Lowe, et al. v. The National Association of Securities Dealers, Inc.*

2

          *and EDS Corporation,* No. 07-7162, United States Court of Appeals for the District of Columbia Circuit (2008);

7) *Grimes v. Fairfield Resorts, Inc.*, No. 06-14363, United States Court of Appeals for the Tenth Circuit (2007);

8) *Strzalkowski v. General Motors Corporation*, Civil No. 06-10010-GPM, District of New Jersey Cause No. 1:04-04740, United States District Court for the District of New Jersey (2007)

9) *Vicki Schaffer v. Hewlett Packard Company*, No. 04-71391, United States District Court for the Eastern District of Michigan, Southern Division (2007);

10) *Chabansky v. Sony Electronics Inc*, No. 05-CV-1979-JAH-RBB, United States District Court for the Southern District of California (2003);

11) *Carlos Lazo v. Mercury Marine, A Division of the Brunswick Corporation*, No. 03-12353 (2002);

12) *Adker-Marie, et al v. Miami Dade County, et al*, No. 1:1987cv00874, United States District Court for the Southern District of Florida (2001);

13) *Hughes et al v. JVC Americas Corp.*, No. 2:05-cv-3947-DRD, United States District Court District of New Jersey, (2001);

14) *Mellon v. Cessna Aircraft Co.*, Nos. 99-3292 and 00-3023, United States Court of Appeals for the Tenth Circuit (2000);

15) *Earles v. State Bd. of Certified Pub. Accountants*, No. 95-CA-0505, Court of Appeal of Louisiana, Fourth Circuit (1995);

16) *United States of America v. Anthony Maurice McDonald*, No. 92-3047, United States Court of Appeals for the District of Columbia Circuit (1993);

3

BERK DECL. ISO MOTION FOR FINAL APPROVAL AND ATTORNEY FEES
CASE NO. CV 09-06750 MMM (DTBX)

17) *United States of America v. McClellan Chatman*, No. 91-3294, United States Court of Appeals for the District of Columbia (1993);

18) *United States of America v. Cornell Foster,* No. 91-3283, United States Court of Appeals for the District of Columbia Circuit (1992);

19) *Herbert Dellenbach v. James Letsinger, Paul Buchanan, Janet Roberts Blue, Marianna Novak and Debra Banach,* No. 87-2972, United States Court of Appeals for the Seventh Circuit (1989).

9. In 2009, my hourly rate for services was $550. This rate is typical for an attorney of my credentials and experience.

10. My current hourly rates are reasonable and on par with comparable attorneys of comparable experience in the Washington, DC area. They have been approved in several state and federal courts, including: including the United States District Court for the Central District of California (*Kathie Aamodt Ward, on behalf of herself and all others similarly situated v. American Home Shield Corporation; American Home Shield of California, Inc.,* No.CV-07-01380), United States District Court for the Southern District of California, (*Chabansky v. Sony Electronics Inc*, No. 05-CV-1979-JAH-RBB); United States District Court for the Eastern District of Michigan *(Vicki Schaffer v. Hewlett Packard Company)*, No. 04-71391, United States District Court for the Southern District of Illinois (In re Dexcool MDL), and the Circuit Court for Miami-Dade County (*Carlos Lazo v. Mercury Marine, A Division of the Brunswick Corporation*, No. 03-12353 (2002).

11. In connection with these activities, Berk Law PLLC has spent at least 812.95 hours of professional time working for the benefit of the class in this matter, representing a lodestar of $407,722.50 using Berk Law's current hourly rates.  This time was performed on a wholly contingent basis.  Any compensation received for the time will be limited to those attorneys' fees and expenses approved by this Court.

12. The chart below is a detailed summary indicating the amount of time spent by each partner, associate, and staff member who were involved in this litigation; the

associated hourly rate for that time; and the resulting lodestar. This schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. I have personally reviewed these records for accuracy and to ensure that the professional time therein was reasonably expended for the benefit of the class.

| Name | Total Hours | Hourly Rate | Lodestar |
|---|---|---|---|
| PARTNERS: | | | |
| Steven Berk | 490.7 | 550 | 269,885.00 |
| ASSOCIATES: | | | |
| Michael Lewis | 301.75 | 450 | 135,787.50 |
| STAFF MEMBERS: | | | |
| Zachary Kady | 16.5 | 100 | 1650.00 |
| Jessica Began | 4 | 100 | 400.00 |
| **TOTALS** | 812.95 | | 407,722.50 |

13.  The hourly rates for the partners, associates and staff members in my firm included in the above chart are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted and approved in other class action contingency fee litigation. For personnel who are no longer employed by the firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm.

14.  In addition to expending professional time on behalf of class members, my firm also incurred $ 13,390.64 in un-reimbursed expenses litigating this case on behalf of

1  class members.  The incurred costs are delineated in the following table:

| **EXPENSE REPORT — Inception through June 20, 2010** | |
|---|---|
| **Categories:** | **Amount:** |
| Travel | 8,122.53 |
| Hotels/Lodging | 2,618.12 |
| Meals | 503.58 |
| Mike Lewis expenses | 2,146.41 |
| **TOTAL EXPENSES** | 13,390.64 |

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 21, 2010.


                                                          /s/ Steven N. Berk

**EXHIBIT 1**



# Nature of our Practice

We are a Washington, DC based law firm specializing in consumer protection, complex business litigation, investor protection, corporate internal investigations and white collar criminal defense. Our clients range from individual consumers, defrauded investors, consumer classes, and small and midsize businesses. We have experience prosecuting and trying cases throughout the United States in both state and federal court.  We are problem solvers. We hope through negotiation, informed by respect and the understanding of our adversary's position, we can avoid litigation and resolve significant business disputes and consumer claims efficiently and without rancor.

## Consumer Class Action Litigation

Berk Law represents numerous nationwide and state classes of consumers, totaling in the millions of individuals, in over 25 matters who have been harmed by unfair, fraudulent, or anticompetitive practices. The firm is currently litigating several class action cases on behalf of consumers challenging unfair competition, fraudulent business practices, unlawful contract terms, and deceptive practices in connection with the indoor tanning industry. Steven Berk's experience handling complex litigation at a large law firm that often represents defendants and his years as a federal prosecutor makes us uniquely qualified to achieve the best results for our clients by navigating the pitfalls involved in consumer protection litigation.

## Business to Business Litigation

We represent businesses, associations and individuals in commercial disputes. Steven Berk has years of experience, including at a large national law firm, litigating complex trial matters in areas ranging from antitrust and First Amendment to insurance coverage, securities fraud and breach of contract. We know how to successfully litigate substantial commercial matters in a cost-effective and efficient manner. Our focus is obtaining favorable results for our clients, not billing hours, and we will consider alternative billing arrangements in appropriate cases. Although we have successfully tried cases and argued appeals, we also recognize that a speedy and favorable resolution is almost always preferable to protracted litigation, and we have experience negotiating settlement agreements and consent orders to achieve our clients' objectives.

**Investment Fraud and Stockbroker Misconduct**

We represent individual and institutional investors in stockbroker misconduct and investment fraud cases. We are dedicated to helping investors recover investment losses caused by negligence, incompetence, fraud, or dishonesty of stockbrokers and brokerage firms. Among other things, we are equipped and experienced to handle cases involving unsuitable investments, over-concentrated stock or bond holdings, fraud, misrepresentation, self-dealing, unauthorized trades or other wrongful acts, whether intentional or negligent. We seek to level the playing field by bringing our expertise to the side that has been wronged.

**Mass Torts/Environmental Litigation**

Each year defective drugs and/or medical devices injure thousands of people. In order to prevent these defective products from reaching the public, the FDA has established specific protocols and regulations that are placed on the manufacturers. When a company fails to properly investigate its product or fails to report any problems or side effects, they put the health of their customers at risk and violate the law.

Injuries sustained from using defective drugs or medial devices cannot only cause physical injury, but also financial hardship. Our attorneys have extensive experience in identifying and pursuing claims for our clients who have been affected by these products and drugs.

If you believe you have been injured by exposure to a toxic chemical or other substance, a defective medical device or a pharmaceutical drug, please contact us.

**White Collar Criminal Defense and Internal Investigations**

As a federal prosecutor and later as a partner in one of the nation's leading law firms, Steven Berk developed a significant experience in corporate criminal investigations relating to a wide range of allegations such as securities fraud, procurement fraud, accounting fraud, foreign corrupt practices, antitrust violations, tax fraud, bribery, price manipulation, bank fraud and money laundering.

# Current Cases

### Browne vs. American Honda

We are co-lead counsel in a putative class action against American Honda Motor Company over an alleged defect in the braking system of the 2008 and later models of the Honda Accord. As alleged in the Complaint, the braking system, redesigned for the 2008 model Accord, directs excessive braking power to the rear wheels and causes premature brake pad wear and failure. The wear to the rear pads is so accelerated as described in the Complaint that the Accord's on board diagnostic system is unable to detect it in order to recommend appropriate maintenance in a timely fashion. With co-lead counsel Girard Gibbs LLP, we have filed suit on behalf of all owners of the 2008 and 2009 models of the Honda Accord in the Central District of California.

### Benson vs. JP Morgan Chase Co.

Berk Law, and the Law offices of Keith L. Miller, in tandem with Cotchett Pitre & McCarthy filed an action in the United States District Court for the Northern District of California on behalf of victims of a $150 million Ponzi scheme involving thousands of defrauded investors and the promise of safe, high yield CDs. The scheme, centered in Napa, California, was the brainchild of William Wise, who has a long record of securities violations. The defendant in the case is Washington Mutual Bank (the case names JP Morgan Chase Bank as successor in interest to WAMU), which Wise used to facilitate the operation of his scheme.

Specifically, Wise used two branches of WAMU located in Napa, California to deposit, transfer, and wire throughout the world the money earned from his illicit activities. Eventually, as Wise's account grew, WAMU's branch manager in Napa suggested he obtain a remote deposit facility (often referred to as a reverse ATM). Before that device was provided, WAMU was required to audit Wise. WAMU also suggested Wise obtain software offered to the bank's larger clients to direct and manage a high volume of wire transfers. This tool again required a WAMU audit. This second audit was run from WAMU's treasury department in Seattle, Washington. By providing these special services, WAMU knowingly provided Wise with his own private "bank within a bank".

As the complaint alleges, WAMU learned of Wise's illicit scheme through two audits by two different managing departments, but nevertheless allowed Wise's activities to remain unchecked. WAMU's complicity in the scheme resulted in the defrauding of millions of dollars from thousand of investors.

### Center for Science in the Public Interest vs. Bayer Corporation, Bayer Healthcare LLC

We are part of a team representing the Center for Science in the Public Interest (CSPI) in a case filed against Bayer. Our Complaint alleges that Bayer deceived customers about

the effects of selenium. The label on Bayer's Men's "One A Day" multivitamins prominently claims that selenium may reduce the risk of prostate cancer. As the Complaint alleges, several major studies have shown that selenium has little or no effect on prostate cancer and may even contribute to the development of diabetes. Bayer has changed its labeling due to a recent decree by the FDA, but still refuses to recall its already existing packages containing misleading information. Our case filed in the Superior Court of California in San Francisco seeks to ensure a recall of these packages as well as a guaranteed end to Bayer's misleading advertisement campaign.

Center for Science in the Public Interest vs. Bayer Corporation, Bayer Healthcare LLC, has received national press coverage from the National Law Journal and New York Times.

### Collins vs. Bank of America et. al

We are representing defrauded investors in a $400 million dollar Ponzi Scheme resulting from an online web surfing program called ADSURF. The case is filed in the United States District Court for the District of Columbia. We have alleged that Bank of America employees including a Branch Manager who worked directly for the organizers of the fraud, and a Regional Vice President had actual knowledge of the fraud and provided widespread substantial assistance to the scheme by providing an array of critical services. Based on the Bank's essential role, we are seeking to hold them liable for some or all of the lost funds as an aider and abetter.

### Cullen vs. Nissan

We are representing an individual who purchased a Nissan Sentra that was sold with a false Monroney Sticker. The sticker stated clearly that the Sentra was equipped with antilock brakes. It was not. Nissan failed to advise the client until a year and one half after purchasing his vehicle. Our client was not alone. Despite having knowledge of the mistake on the Monroney label, Nissan failed to advise hundreds of owners of the mistake; putting them at risk if they used their brakes consistent with their owner's manual description for operating anti-lock brakes. The case is currently pending in federal court for the Middle District of Tennessee.

### Dunker vs. Certainteed

We represent Roger Dunker in a class action case against Certainteed for the production and sale of shingles purchased from Certainteed that were manufactured defectively: either by design or in the manufacturing process. The class hopes to obtain new non-defective shingles and the labor costs necessary to install these shingles. The case is pending in the United States District Court for Eastern Pennsylvania.

### Eaves vs. Earthlink

We are part of a team of attorneys representing current and former customers of Earthlink who have alleged Earthlink's early termination fee ("ETF") was illegal under Georgia law. Earthlink is based in Atlanta, Georgia. A class of Earthlink customers was certified and that certification was upheld by the Supreme Court. The case is now proceeding to the merits phase.

## HP Inkjet Litigation

As the Complaint in this case alleges, for nearly a decade, HP equipped its inkjet printers with "low on ink" warnings that were deceptive and misleading. The warnings were based on estimates, not actual amounts of ink. Despite knowledge of the inaccuracy, HP designed the warnings to convey precision. Graphic warnings were projected to consumers illustrating virtually an empty cartridge – when the cartridge could be 30% full. Accordingly, consumers from around the country would rely on these warnings and lose the value of expensive ink by discarding ink cartridges with substantial ink remaining. It is estimated that consumers lost billions in unused ink during the relevant time period. The case is currently pending in federal district court for the Northern District of California.

## Indoor Tanning Investigation

We are investigating tanning salons and the Indoor Tanning Association. A recent study published in the prestigious Lancet Oncology Journal concluded that the risk of cancer increases by 75% if individuals regularly indoor tan before they are 30. It is estimated that approximately 30 million Americans visit tanning salons each year. Too many of those are minors and most do not obtain accurate and truthful information about the health risks. Several studies have linked the dramatic increase in melanoma and other forms of skin cancer to the increased use of indoor tanning, particularly among girls under 30. Indeed, the World Health Organization recommends that no persons under the age of 18 use tanning beds.

If you or someone you know regularly frequents a tanning salon, we urge you to contact us so that we can advise you honestly and objectively of the risks.

# Recent Case Developments

You can find additional information on our indoor tanning investigation by reading Berk Law's indoor tanning blog series.

### Lawrence vs. Bank of America

A Complaint filed in Federal District Court in Tampa, Florida alleges that Bank of America was at the center of yet another Ponzi scheme. The operator of this scheme, 27 year-old Beau Diamond, defrauded hundreds of investors from Florida and around the country of at least $37 million. He claimed to be an experienced trader in off exchange foreign currencies. In truth, he had no such experience and was not registered to sell securities or trade foreign currencies for others.

Nevertheless, Bank of America, as alleged in the Complaint, accepted Mr. Diamond into its Premier Banking and Investment Division. According to the Bank's promotional materials, as a Premier customer, young Mr. Diamond received "**close personal attention,**" "**priority customer service**" and "**expertise in banking and investment services.**" Providing these services over a 32 month stretch surely alerted the bank to the scope and nature of Diamond's illegal activities.

This matter is strikingly similar to at least 3 other cases filed around the country where Bank of America has been alleged to have had actual knowledge of, and provided substantial support to, a Ponzi scheme.[1] In all of these cases, the schemes originated and operated out of tiny Bank of America branches.

This case originated in a branch with only 5 employees located in Siesta Key Florida.

---

[1] These similar cases include: *In re Agape Litigation*, 2:09-cv-01606-ADS, United States District Court for the Eastern District of New York; *Collins vs. AdSurf Daily*, Bank of America, et al, 1:09-cv-00100-RMC, United States District Court for the District of Columbia; and *Zeese et al vs. Wady, Bank of America*, et al, CV2007-00831 (Superior Court of Arizona Maricopa County).

### LCD-TFT Antitrust Litigation

We are co-counsel to Washington, D.C. residents in this antitrust case involving price fixing of LCD screens used in computers, hand held devices and televisions. We are co-counsel to consumers who purchased LCD screens in the District of Columbia. In a parallel criminal action, guilty pleas of several senior executives have been accepted. The case is currently pending in the United States Federal Court for the Northern District of California.

### Ostrow v. Allianz Life Insurance

We have teamed up with the law offices of Finkelstein and Krinsk of San Diego, California to represent Washington, D.C. residents who have purchased specific Allianz insurance products. The Complaint alleges that Allianz life Insurance Company injured purchasers by engaging in unfair, deceptive, and unlawful marketing and sales practices by selling equity-indexed deferred annuity products without first disclosing all of the facts, costs, and risks associated with these security products.

Significantly, defrauded investors were promised safety of principle and "no risk of loss". On top of a "riskless investment", customers were told that Allianz products contained no sales charges, loads, expenses or fees, and that 100% of the purchase for deferred annuities would begin to earn interest immediately from the date of purchase. The actual products actually contained, among other hidden costs: 1) high agent commissions, 2) charges and costs associated with deferred annuity products that negatively affect the value and performance of the product, and 3) enough costs and withdrawals to put an account in a negative position on day one.

In its short history, Berk Law has time and again demonstrated it will not shy away from protecting consumers no matter the foe. That tradition continues with this case. Our goal is to recoup lost investor funds, obtain treble damages, and any additional relief to restore affected customers whose money may have been acquired by unlawful practices. In addition, we are seeking injunctive relief against Allianz to ensure that future consumers are protected from wrongful action in the future.

### Parkin vs. Bank of America

In this case, Bank of America provided individuals who had their automobiles repossessed with false, misleading information. Notably, the bank in a document required to be filed, the Notice of Sale, stated that individual would have to travel half way across the country to Carmel, Indiana to have their car redeemed. On behalf of our client, we claim such a notice was not "commercially reasonable" and those who received it are entitled to relief from their foreclosure in the form of a reduction or complete reimbursement of fees and amounts paid in connection with their foreclosure. The case has been filed in Middlesex County Court and is currently pending.

### RootZoo Inc. v. Facebook Inc.

We are representing the sports-oriented social networking site RootZoo Inc. along with a class of advertisers who have used Facebook's pay-per-click advertising system. Our case alleges that Facebook has been charging advertisers for "invalid clicks".  We additionally allege that Facebook has not taken sufficient action to guard against clicks resulting from abusive action by third parties. Our complaint was filed in July in the United States District Court for the Northern District of California.

### Sullivan vs. Bank of America (Agape)

We are part of a team representing a nationwide class of defrauded investors in a $400 million dollar Ponzi Scheme perpetrated by Nicholas Cosmo through an entity he controlled called Agape. Our case alleges that Bank of America provided substantial assistance to the organizers of the scheme and thereby "aided and abetted" the fraud in connection with the scheme. The case was filed in March of 2009 in the Eastern District of New York.

### Steven N. Berk, Managing Partner

Steven has an extensive range of litigation experience spanning both the public and private sectors.

Steven served as an Assistant United States Attorney for the District of Columbia from 1990-1994. As a federal prosecutor, he was lead trial counsel in over 25 jury trials in the Federal District Court and Superior Court for the District of Columbia. He also prepared and presented several appellate cases before the District of Columbia Circuit Court of Appeals and the District of Columbia Court of Appeals, and conducted numerous investigations and cases to state and federal grand juries. He focused during his tenure as an AUSA on prosecuting economic crimes and was recognized and awarded by the Federal Bureau of Investigation for his work in connection with the investigation, indictment and convictions of several individuals who embezzled millions from a District of Columbia based pension fund. Steven also served as a Trial Attorney for the Securities and Exchange Commission in the Office of the General Counsel. In that position, he prosecuted cases against professionals (accountants and attorneys) practicing before the Commission under Rule 2(e) and represented the Commission in federal court on a number of administrative matters.

After his tenure in the government, Steven became a partner in the Washington office of Jenner & Block, a top 100 firm with over 500 lawyers. Jenner is consistently recognized as having one of the leading litigation practices in the country. At the firm, he was lead trial counsel in a number of commercial cases in federal and state courts. His substantive expertise includes federal and state regulatory issues, antitrust litigation and counseling; internal corporate investigations; and white-collar criminal defense. He also spearheaded a successful nationwide litigation and legislative campaign to enable Certified Public Accountants to concurrently serve as Certified Financial Planners and sell securities to their clients. In doing so, he became a recognized expert on ethical and conflict of interest rules governing the accounting profession.

Over the past seven years Steven has rapidly developing considerable expertise in class action litigation. He has been named lead counsel or has had a substantial leadership position in several cases that have sought to protect important rights of investors and consumers nationwide.

He has also served as class counsel to tens of thousands of African-American residents of public housing in Dade County Florida, in a Fair Housing case that was successfully resolved with the Department of Housing and Urban Development and Miami-Dade County.

Steven is a member of the District of Columbia and Illinois Bars. He is currently a standing member of the DC Bar's Judicial Evaluation Committee. He has been admitted to practice before several federal district and circuit courts across the country and is a member of the bar of the United States Supreme Court.

In addition to his legal career, Steven has gained significant experience in the world of business and technology by founding and operating his own company, iHappen Interactive, a social networking site that pre-dated MySpace and Faceook. Under his direction, the company developed an award-winning and innovative software application used in online marketing.

Steven is active in his community and pursues a range of charitable pursuits. He was a founding volunteer at the United States Holocaust Memorial Museum where for a number of years he provided private tours and worked with holocaust survivors on documenting their experiences. He has for several years coached youth baseball and soccer teams and most recently founded and currently is the Chairman of a hockey program, the Cheetahs, for children with autism and other special needs. Steven has studied painting and drawing at the Corcoran School of Art and in his "spare" time Steven enjoys [painting landscapes.](#)

Steven graduated magna cum laude from Boston College School of Law where he served as Managing Editor of the Law Review. He has an M.Sc. from the London School of Economics in International Relations and an A.B. with honors from Washington University.

## Michael Lewis, Of Counsel

Michael Lewis counsels and represents clients in all phases of civil litigation. His experience has included everything from conducting pretrial investigations to briefing issues to the United States Supreme Court. He joined Berk Law in August 2009, where he prosecutes consumer, securities and antitrust class actions.

Before joining Berk Law, Michael practiced with one of Washington's oldest and most esteemed law firms, Arnold & Porter LLP. At Arnold & Porter, Michael represented clients spanning a spectrum of substantive areas, from antitrust to federal preemption. He briefed issues to state and federal courts of appeal, coordinated discovery efforts in multi-jurisdiction litigation and drafted dispositive motions in suits seeking class recovery based on state and federal competition and consumer protection statutes. Michael's experience with Arnold & Porter gave him the invaluable insight into corporate defense of consumer, competition, environmental and business litigation claims that guides his prosecution of those claims today.

Michael began his legal career in the Kansas City and Washington, D.C. offices of Bryan Cave LLP. His practice at Bryan Cave included defense of individuals and companies against tort and contract claims in state and federal courts, defense of Section 337 trademark infringement actions before the ITC, and prosecution of whistleblower claims against the agencies of the federal government. At Bryan Cave Michael gained invaluable training on effective litigation strategy.

Michael graduated with honors from The University of Texas School of Law in Austin, Texas. At Texas, Michael placed first in the Winstead, Sechrest & Minick Mock Voir Dire Competition and was named the class of 2004's most interesting person despite the fact that he did not even graduate with the class of 2004. Prior to law school, Michael held a wide range of positions in an equally wide range of industries. Those positions included bartender, youth minister, roofing contractor, airport line worker, car salesman and farm hand. He graduated magna cum laude from Mississippi State University with degrees in philosophy and communication. Michael grew up in the Southeastern and Midwestern United States. He graduated from Fremont High School in Fremont, Nebraska, where he was a champion pole-vaulter.

Michael now resides in Alexandria, Virginia with his wife and three daughters. He does not have hobbies; he has pursuits. His pursuits include sailing, bull riding and playing music.

**Bar Admissions**

- District of Columbia
- Missouri
- Kansas
- United States District Court for the Western District of Missouri
- United States District Court for the District of Kansas
- Federal Circuit Court of Appeals

## Christopher Nidel, of Counsel

Christopher Nidel is an environmental attorney. Christopher represents individuals and groups across the country injured or threatened by exposures to toxic chemicals in the workplace and environment. Mr. Nidel also represents groups and non-profit organizations on several environmental issues including coal fired power plants and fly ash, groundwater contamination, and natural resource damages.

Christopher has a Bachelors degree in chemical engineering from the University of Virginia and a Masters degree in chemical engineering from M.I.T. After completing his Masters in engineering, Christopher spent five years doing process research and development at a major pharmaceutical company. After attending law school at the University of Virginia, Christopher went to work for Fred Baron, at the premier environmental and toxic tort firm, Baron and Budd in Dallas, Texas.

## Lauren Pearlman, Project Manager

Lauren Pearlman, a PhD student at Yale University, specializes in race relations in the 20th century. Before working for Berk Law, she worked for Mehri & Skalet, PLLC on class action racial discrimination cases and with Appleseed Foundation, a social justice organization, in their Austin, Texas office. She graduated with honors from Wesleyan University in 2004.

## David Martin, Blog Manager

David has worked at Berk Law since June 2009 performing research, drafting and assisting with "*A Voice for Main Street*," Steven Berk's blog. Born and raised in Seattle, David currently attends the University of North Carolina at Chapel Hill and will graduate in the spring of 2010. A double-major in Economics and Philosophy, he is a member of both Omicron Delta Epsilon International Honors Society and the National Society of Collegiate Scholars. Post-graduation, David plans to spend a year as a volunteer in Latin America, teaching English and coaching baseball. He expects to attend Law School beginning in the fall of 2011.

## Zachary Kady, Law Clerk/Assistant

Zach has worked at Berk Law since September 2010. Zach is responsible for legal and factual research, assisting in the drafting and editing of pleadings, aiding with "*The Corporate Observer*" – The new name for Steven Berk's blog – and other administrative tasks. Zach was born and raised in Bucks County, Pennsylvania – a suburb of Philadelphia. He is currently a senior at The George Washington University where he is majoring in International Affairs with a concentration in Conflict and Security. Outside of professional and academic pursuits Zach is involved in competitive intercollegiate club soccer leagues as well as non-affiliated soccer teams. Soccer is his oldest interest, narrowly edging out history and the law by a few years. Zach plans to attend law school in the Washington, D.C. area in the fall of 2010.

### Contact:

Berk Law PLLC
1225 15th Street NW
Washington, DC 20005
info@berklawdc.com
(T) 202-232-7550
(F) 202-232-7556