Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Steven N. Berk (*pro hac vice*)
steven@berklawdc.com
Michael Lewis (*pro hac vice*)
**BERK LAW PLLC**
1225 Fifteenth St. NW
Washington, DC 20005
Phone: (202) 232-7550
Facsimile: (202) 232-7556

Attorneys for Individual and Representative
Plaintiffs Vanessa Browne and Paul Moore

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA BROWNE and PAUL MOORE, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>       Defendant. | Case No. CV 09-06750-MMM(DTBx)<br><br>**JOINT REPORT RE: LETTER NOTICE, POSTCARD NOTICE AND FINAL APPROVAL ORDER AND JUDGMENT** |

JOINT REPORT
CASE NO. CV 09-06750-MMM(DTBx)

1    Pursuant to the July 26, 2010 hearing, the parties submit a proposed Final Order
2 and Judgment, which attaches a proposed Letter Notice, a proposed Postcard Notice, and
3 the current Opt-Out List.
4    <u>Final Order and Judgment</u>:  The parties submit the accompanying proposed Final
5 Order and Judgment, which they've revised to:  (1) incorporate and reflect Court-
6 approval of the Letter Notice and Postcard Notice; and (2) require the filing of the final
7 list of opt-outs within seventy days of the mailing of the Letter Notice.
8    <u>Letter Notice</u>:  As set forth in the proposed Final Order and Judgment, the parties
9 propose that they promptly cause the mailing of a Court-approved Letter Notice to those
10 on the current Opt-Out List.
11   <u>Postcard Notice</u>:  As set forth in the proposed Final Order and Judgment, the
12 parties propose that Honda cause the mailing of the Court-approved Postcard Notice
13 within seven days of the Effective Date.

14 DATED: July 29, 2010          Respectfully submitted,

                                **GIRARD GIBBS LLP**

                                By:   /s/ Eric H. Gibbs

                                Dylan Hughes
                                Geoffrey A. Munroe
                                601 California Street, Suite 1400
                                San Francisco, California 94108
                                Telephone: (415) 981-4800
                                Facsimile: (415) 981-4846

                                Steven N. Berk
                                Michael Lewis
                                **BERK LAW PLLC**
                                1225 Fifteenth St. NW
                                Washington, DC 20005
                                Phone: (202) 232-7550
                                Facsimile: (202) 232-7556

                                *Attorneys for Individual and Representative
                                Plaintiffs Vanessa Browne and Paul Moore*

| | |
|---|---|
| 1 | |
| 2 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 3 | By:  /s/ Roy M. Brisbois |
| 4 | |
| 5 | 221 North Figueroa Street, Suite 1200<br>Los Angeles, California 90012 |
| 6 | Telephone: (213) 250-1800<br>Facsimile: (213) 250-7900 |
| 7 | |
| 8 | *Attorneys for Defendant* |
| 9 | *American Honda Motor Co., Inc.* |