1 Eric H. Gibbs (State Bar No. 178658)
2 ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
3 Geoffrey A. Munroe (State Bar No. 228590)
4 **GIRARD GIBBS LLP**
601 California Street, 14th Floor
5 San Francisco, California 94104
6 Telephone: (415) 981-4800
7 Facsimile: (415) 981-4846

8 Steven N. Berk (*pro hac vice*)
9 steven@berklawdc.com
Michael Lewis (*pro hac vice*)
10 **BERK LAW PLLC**
11 1225 Fifteenth St. NW
Washington, DC 20005
12 Phone: (202) 232-7550
13 Facsimile: (202) 232-7556

14
Attorneys for Individual and Representative
15 Plaintiffs Vanessa Browne and Paul Moore

16
## UNITED STATES DISTRICT COURT
17 ## CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| VANESSA BROWNE and PAUL MOORE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No.  CV 09-06750-MMM(DTBx)<br><br>Honorable Margaret M. Morrow<br><br>**[PROPOSED] FINAL ORDER AND JUDGMENT** |

---

FINAL ORDER AND JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

1. This matter came before the Court for hearing pursuant to the Order Granting Preliminary Approval of Class Settlement dated April 15, 2010, as amended by the Court's Order dated April 30, 2010 (jointly the "Preliminary Approval Order"), and on application of the parties for final approval of the parties' Settlement Agreement dated March 4, 2010, as modified by the Addendum to Master Settlement Agreement and Release, dated July 7, 2010, (jointly the "Settlement Agreement"). Due and adequate notice having been given of the proposed settlement as required in the Preliminary Approval Order, and the Court having considered all papers filed and proceedings had herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Pursuant to this Court's Preliminary Approval Order, the Court certifies the following settlement class (the "Class") pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure:

> All residents of the United States, Commonwealth of Puerto Rico, U.S. Virgin Islands, and Guam who currently own or lease, or previously owned or leased a Class Vehicle.
>
> Excluded from the Class are Honda, Honda's employees, employees of Honda's affiliated companies, Honda's officers and directors, Honda's counsel, insurers of Class Vehicles, all entities claiming to be subrogated to the rights of Class Members, issuers of extended vehicle warranties, and the Judge(s) to whom the Litigation is or will be assigned.

"Class Vehicles" shall mean the following automobiles sold or leased in the United States, Commonwealth of Puerto Rico, U.S. Virgin Islands, or Guam: 2008 and 2009 model year Honda Accord automobiles; 2009 model year Acura TSX automobiles; certain 2010 model year Honda Accord automobiles identified by VIN numbers included in a list provided to and maintained by Class Counsel and Honda's Counsel; and certain 2010 model year Acura TSX automobiles identified by VIN numbers included in a list provided to and maintained by Class Counsel and Honda's Counsel. "Benefit Period" means (i) the three year period commencing on the date the Class Vehicle was

purchased or leased by a member of the Proposed Settlement Class (regardless of the mileage), or (ii) the 90 day period following the Final Approval date, whichever is later.[1]

2. The Court hereby reaffirms its previous findings and conclusions, as set forth in the Preliminary Approval Order, that the Settlement class meets all the requirements for certification pursuant to Rule 23 of the Federal Rules of Civil Procedure.

3. The Court finds and concludes that the notice given to all Class Members known and reasonably identifiable was the best notice practicable under the circumstances and fully satisfied due process and the requirements of Rule 23 of the Federal Rules of Civil Procedure. The Court further finds that notice has been given to the appropriate federal and state officials pursuant to 28 U.S.C. § 1715.

4. To notify the class of the additional benefits provided in the Addendum to Master Settlement Agreement and Release, the Court orders Honda to cause Supplemental Class Notice, on a postcard substantially in the form attached hereto as Exhibit 1, to be mailed to all persons to whom the original Notice was mailed as soon as is practicable, but no later than seven days after the Effective Date of this Final Order and Judgment.

5. The Court approves the Settlement Agreement and finds that it is, in all respects, fair, reasonable, and adequate for the Class.

6. The Court hereby dismisses this action with prejudice and without costs, except as might be awarded in connection with Class Counsel's application for attorneys' fees and reimbursement of expenses, and for incentive awards to the named Plaintiffs ("Fee Application").

7. The Court shall consider the Fee Application separately from its consideration of the fairness, reasonableness, and adequacy of the Settlement Agreement.

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Settlement Agreement.

2

FINAL ORDER AND JUDGMENT
CASE NO. CV 09-06750-MMM(DTBx)

1  Any order or proceedings relating to the Fee Application, or any appeal from any order relating thereto or reversal or modification thereof, shall not disturb or affect this Judgment or affect or delay the finality of this Judgment.

8. Upon the Effective Date of the Settlement Agreement, the Plaintiffs and each Class Member shall be deemed to have, and by operation of this Judgment shall have, released, waived, and discharged all legal claims or causes of action that were, or could have been, asserted against Defendant and all released entities as set forth in the Settlement Agreement regarding the Class Vehicles' Rear Braking System as alleged in the Action. Notwithstanding the foregoing, claims for personal injuries, damage to property (other than to the Class Vehicle), and any claims of or rights to subrogation are not released, and the vehicle warranty, if any, shall remain in full force and effect.

9. Upon the Effective Date of the Settlement Agreement, Defendant shall be deemed to have, and by operation of this Judgment shall have, released, waived, and discharged any and all legal claims, cross-claims, counterclaims, or other causes of action pertaining to the Action and/or Settlement that were, or could have been, asserted against the Class Representatives or Class Counsel. Defendant recognizes that, even if they later discovers facts in addition to or different from those which they now know or believe to be true, they nevertheless agree that, upon entry of the Final Approval Order and accompanying Judgment, they fully, finally, and forever settle and release any and all of the Released Claims.

10. Attached to this Judgment as Exhibit 2 is a list setting forth the name of each person who has submitted a request for exclusion and who, to date, has not withdrawn their request. ("Opt-Out List"). All Class Members who do not appear on the Opt-Out List shall be bound by this Judgment.

11. To notify the people on the Opt-Out List of the additional benefits provided in the Addendum to Master Settlement Agreement and Release, and their opportunity to withdraw their opt-out request and participate in the Settlement and thus be bound by the Judgment, the Court orders the parties to cause mailing of a Letter Notice substantially in

the form attached hereto as Exhibit 3, to be mailed by first-class mail to all persons on the Opt-Out List as soon as is practicable, but no later than two business days after the entry of this Final Order and Judgment.  Any Class Members who withdraw their exclusions in compliance with the instructions in the Letter Notice will be removed from the Opt-Out List and shall be bound by this Judgment.  Within 70 days of the mailing of the Letter Notice, the parties shall file with the Court the final list setting forth the name of each person who submitted and did not withdraw a request for exclusion from the Class, which upon filing is hereby incorporated by reference as part of this Final Order and Judgment.

12.   The Court has reviewed and considered the objections to the Settlement Agreement and hereby overrules them.  No objector has carried his or her burden of demonstrating that the Settlement Agreement is not fair, reasonable, or adequate.  The primary basis for the objections, that rear brake repairs using non-Honda or non-Acura brake pads are not reimbursable, has been addressed by the parties' Addendum to Master Settlement Agreement and Release.  The remaining objections lack merit, as they do not set forth concerns that warrant a denial or delay of settlement benefits to the class members.

13.   Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over (a) implementation of the Settlement; (b) further proceedings, if necessary, on applications for attorneys' fees, expenses, and costs in connection with the action and the settlement; and (c) the Parties and the Class Members for the purpose of construing, enforcing, and administering the Settlement Agreement and this Judgment.

Dated: _____

                                      Hon. Margaret M. Morrow
                                    United States District Court Judge

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

*Browne et al. v. American Honda Motor Co., Inc.*

**A federal court authorized this Notice. This is not a solicitation from a lawyer.**

**FINAL COURT APPROVAL:** With one change, the Court has granted final approval of the settlement described in the Notice of Honda and Acura Rear Brake Pad Settlement, which means the settlement went into effect on <<DATE>>. This is the "Effective Date."

**CHANGE TO THE SETTLEMENT:** If otherwise eligible for reimbursement, Class Members who paid to replace their rear brake pads with non-Honda or non-Acura brake pads may claim reimbursement of half their costs for one such repair, up to $125. Eligibility requirements and the Claim Form can be found at the websites below. The processing time for these claims may exceed 10 days.

To read the Notice, get a Claim Form, or for answers to FAQs visit www.accordsetttlement.com or www.GirardGibbs.com/HondaBrakes.asp. You can also contact the Claims Administrator at 1-888-398-8211.

HONDA REAR BRAKE PAD SETTLEMENT ADMINISTRATOR
PO BOX 2322
FARIBAULT, MN 55021-9022

**IMPORTANT LEGAL NOTICE**



\* 1 2 3 4 5 6 7 8 9 \* - 000
NAME
ADDRESS
CITY STATE ZIP CODE

**EXHIBIT 2**

| Name1 | Address1 | City | State | Zip |
|---|---|---|---|---|
| AHRIM YOON | 2433 E LOCUST CT | CHANDLER | AZ | 85286 |
| AIMEE M BABIN | 301 RAYWOOD DR | HOUMA | LA | 70360 |
| ALEXANDER CHAN | PO BOX 720067 | SAN DIEGO | CA | 92172 |
| ALI T IRANI | 185 NORRIS CANYON TER APT A | SAN RAMON | CA | 94583 |
| ALICE M COONEY | 921 N VENTURA DR | PALATINE | IL | 60074 |
| ALISON MOSHER | 135 HILLTOP ACRES | YONKERS | NY | 10704 |
| ALLEN C SMITH | 2218 SHARON RD | CHARLOTTE | NC | 28207 |
| AMABELLE V GELLA | 1334 S AVENUE B APT 91 | YUMA | AZ | 85364 |
| AMBER SHEFFIELD | 100 BUCKEYE DR | POWELL | OH | 43065 |
| AMELIA CZACHURA | 14607 S SHORT ST | POSEN | IL | 60469 |
| AMY B CARPENTER | 11711 COLLETT AVE APT 633 | RIVERSIDE | CA | 92505 |
| ANDREY K HABURSKY | 124 HENDERSON DR | PENFIELD | NY | 14526 |
| ANGEL FLORES | 10301 MINA AVE | WHITTIER | CA | 90605 |
| ANGELA KLAUCK | 25907 ARROWHEAD DR | WIND LAKE | WI | 53185 |
| ANGELA MARCHESE | 109 NORCREST DR | SAN MARCOS | TX | 78666 |
| ANGELA N BUCKLER | 221 OLNEY RD | DALLASTOWN | PA | 17313 |
| ANITA LEACH | 280 WASHINGTON ST | PROVIDENCE | RI | 2903 |
| ANN M DURHAM | 5807 EMORY RD | UPPERCO | MD | 21155 |
| ANN SIMMONS-ELLIS | 402 NE 3RD ST | HUBBARD | TX | 76648 |
| ANNA C SMIGOCKI | 14211 SHOREHAM DR | SILVER SPRING | MD | 20905 |
| ANNE BARBER | 919 SYDNEY ST | NEW IBERIA | LA | 70560 |
| ANTHONY DIBIASIO | 550 FRUIT HILL AVE | NORTH PROVIDENCE | RI | 2911 |
| ARMAND ALVANDIAN | 44452 MALTESE FALCON SQ | ASHBURN | VA | 20147 |
| ARMAND RIVERA | 912 W COLBERT CT | BEVERLY HILLS | FL | 34465 |
| ARUNK RAJASEKARAN | 8 PINE TREE TER | HOLMDEL | NJ | 7733 |
| AUDREY GWENNAP | 19336 TRANSHIRE RD | MONTGOMERY VILLAGE | MD | 20886 |
| BARBARA A BOHLAND | PO BOX 374 | PERRYSVILLE | OH | 44864 |
| BARBARA J MAJORS | 423 COURTLAND ST | FAIRPORT HARBOR | OH | 44077 |
| BARBARA R GRIMES | 48 SOMERSET CIR | BRISTOL | CT | 6010 |
| BEATRICE W ESPLIN | 806 E RIDGE VILLAGE DR | CUTLER BAY | FL | 33157 |
| BETH NATHAN | 5 PARK RD | SHARON | MA | 2067 |
| BETTY CHEE | 542 ROMBERG DR | SUNNYVALE | CA | 94087 |
| BETTY CLARKE | 21 W ROSA ST | SHAWNEE | OK | 74804 |
| BEVE FAULKENBERRY | 207 BROOKTER ST | SLIDELL | LA | 70461 |
| BEVERLY A GISONDI | 724 SAGEWOOD DR | CHAGRIN FALLS | OH | 44023 |
| BEVERLY FARNSWORTH | 2156 NATURES GATE CT S | FERNANDINA BEACH | FL | 32034 |
| BI LANDRON BARALT | BALDRICH 275 LARRINAGA | SAN JUAN | PR | 918 |
| BILLIE J CHOATE | 1018 W PERRY ST | MULBERRY | KS | 66756 |
| BILLY TROOP | 1727 HILLSIDE DR | MADISONVILLE | KY | 42431 |
| BONNIE WELINSKE | 2249 MARSHALL RD | VACAVILLE | CA | 95687 |
| BRADLEY A MCNEIL | 1727 EMORY ST | FREDERICK | MD | 21701 |
| BRADLEY MOWRY | 3109 W 1100 N | WEST POINT | UT | 84015 |
| BRENDA B HAYNAL | 26267 ROGELL RD | NEW BOSTON | MI | 48164 |
| CAMILLE GETZLOFF | PO BOX 12444 | TALLAHASSEE | FL | 32317 |
| CARA M FAUCETTE | PO BOX 86 | STOVALL | NC | 27582 |
| CARL D MARCACCI | 855 MINORCAS DR | WINSTON SALEM | NC | 27106 |
| CARMELO FENECH | 71 PAUL AVE | MOUNTAIN VIEW | CA | 94041 |
| CARMEN THOMAS | 4055 VILLAGE DR APT 2705 | PEARLAND | TX | 77581 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| CAROL A BEARD | 4736 LEESBURG RD | HOPKINS | SC | 29061 |
| CAROL A BLACK | 132 SUMMERFIELD BLVD | BOWLING GREEN | OH | 43402 |
| CAROL DUBROSKY | 9227 W 22ND LN | SAINT LOUIS PARK | MN | 55426 |
| CAROL E MURPHY | 4801 WADE DR | METAIRIE | LA | 70003 |
| CAROL L CONRAD | 11324 PARKSIDE TRL | MAPLE GROVE | MN | 55369 |
| CAROL MILLI | 356 S PUTNEY WAY | SEVERNA PARK | MD | 21146 |
| CAROL WHEELER | 3 PINE RIDGE RD | CAPE MAY COURT HOUSE | NJ | 8210 |
| CAROLANN MAY | 22 LAMBETH CIR | TEXARKANA | TX | 75503 |
| CAROLYN DEANPOLI | 778 HEARTLAND DR | YORKVILLE | IL | 60560 |
| CAROLYN HUDICKA | 397 SYCAMORE MILLS RD | MEDIA | PA | 19063 |
| CAROLYN WEAVER | 1812 MOHICAN ST | PHILADELPHIA | PA | 19138 |
| CHARLES C OSOWSKI | 815 GRAND BLVD | WESTBURY | NY | 11590 |
| CHARLES C WESSON | 84 LARIAT RD | SILT | CO | 81652 |
| CHARLES FOSTER | 133 HOWE TER | BARRINGTON | IL | 60010 |
| CHARLES G ROOKS | 17306 LASSEN FOREST LN | HUMBLE | TX | 77346 |
| CHARLES MILLER | 310 MCALLISTER CHURCH RD # R | CARLISLE | PA | 17015 |
| CHARLIE COLE | 120 W DORAL CT | SIOUX FALLS | SD | 57108 |
| CHELSEA ROBERTSON | 9513 OVERWOOD DR | GREENWELL SPRINGS | LA | 70739 |
| CHERYL A BRUBAKER | 7561 BEAR SWAMP RD | WADSWORTH | OH | 44281 |
| CHINA M SCOTT | 4850 SPRINGTOP DR | HARRISBURG | PA | 17111 |
| CHRISTIN ZAROULIS | 1025 NORTH FILLMORE ST # 318 | ARLINGTON | VA | 22201 |
| CINDY HILDENBRAND | 12017 SE MARKET ST | PORTLAND | OR | 97216 |
| CINDY PORT-KRAUS | 26 THISTLE DR | PARAMUS | NJ | 7652 |
| CINDY R LUNDBERG | 22890 RED ROCK SHORES DR SW # D | HOFFMAN | MN | 56339 |
| CLARA HERNANDEZ | 16402 96TH ST | HOWARD BEACH | NY | 11414 |
| CLAYTON J CRANE | 745 COUNTY ROAD 188 | DECATUR | TN | 37322 |
| CONCETTA RUSSO | 119 WORDSWORTH RD | BRICK | NJ | 8724 |
| COREY Y WENTLAND | 3034 GILBERT DR | GREEN BAY | WI | 54311 |
| CYNTHIA MACGRANOR | 2492 JASMINE WAY | NORTH PORT | FL | 34287 |
| DAINA DEROGATIS | 216 E PITTSBURGH AVE | WILDWOOD CREST | NJ | 8260 |
| DALE A CAREY | 20 BATES AVE | WINTHROP | MA | 2152 |
| DANIEL L LAMBERT | 4763 OUTLOOK DR | MELBOURNE | FL | 32940 |
| DANIEL R CRAIG | 36582 PORT ANCHORWOOD PL | NEWARK | CA | 94560 |
| DANIEL SHOCKLOSS | 62 CHAPEL RD | MAHWAH | NJ | 7430 |
| DARLENE FERGUSON | 65 S 1100 W | JAMESTOWN | IN | 46147 |
| DARRYL M POULSON | PO BOX 496 | SEWELL | NJ | 8080 |
| DAVID BERTOLLO | 1 ORANGE RD | WEST MILFORD | NJ | 7480 |
| DAVID E HAYHURST | 1707 FOXTAIL DR | PLEASANT HILL | MO | 64080 |
| DAVID L NELSON | 2929 LARUE LN | SALT LAKE CITY | UT | 84106 |
| DAVID P FLEMING | 6690 STRATFORD PL | CUMMING | GA | 30040 |
| DAVID ROSADO | 1421 BELLEVUE AVE APT 307 | BURLINGAME | CA | 94010 |
| DAVID W DUELL | 1053 BEVERLY RD | RYDAL | PA | 19046 |
| DAVID W JUNG | 2750 WILLIAM NEAL PKWY | FORT COLLINS | CO | 80525 |
| DAVID W PENN | 3032 N STAFFORD ST | ARLINGTON | VA | 22207 |
| DAWN DOUGHERTY | 1701 WAUSAU LN | GURNEE | IL | 60031 |
| DEANNA L BISHOFF | 170 WILDWOOD DR | ZANESVILLE | OH | 43701 |
| DEBORAH DUTSCHKE | 532 LINDENWOOD DR | LANCASTER | TX | 75134 |
| DEBORAH TAYLOR | 11108 SE 298TH ST | AUBURN | WA | 98092 |
| DEBRA L ROCK | 132 HOFFMAN AVE UNIT 115 | CRANSTON | RI | 2920 |
| DEBRA PATTERSON | 143 MAIN ST | NEWPORT | KY | 41071 |
| DEBRA SCOTT | 29970 VACATION DR | CANYON LAKE | CA | 92587 |

| | | | | |
|---|---|---|---|---|
| DEIDRE D SMITH | 504 CANDIS DR | JONESBORO | AR | 72404 |
| DENISE J BERWIND | 102 BROADLEAF PL | NEWTOWN | PA | 18940 |
| DENNIS J FORNAL | 9670 COUNTY ROAD 10 | ADENA | OH | 43901 |
| DIANE B PATTON | RR 1 BOX 278 | ROCKFORD | AL | 35136 |
| DIANE E JOHN | 1 BENEDICT CT | FARMINGDALE | NY | 11735 |
| DIANE MORRISON | 3412 ARELLA LN | SCOTTSBLUFF | NE | 69361 |
| DON TIPTON | 1027 CARVER DR | DOUGLAS | WY | 82633 |
| DONALD LARSON | 2214 TOWHEE LN | WEST RICHLAND | WA | 99353 |
| DONALD MCCOY | 3091 STONECREST PL | REDDING | CA | 96001 |
| DONALD R OLSON | 258 GINGER CREEK LN UNIT 103 | CLAYTON | GA | 30525 |
| DONNA M OLIVIERI | 4092 E MARYLAND PL | CASSELBERRY | FL | 32707 |
| DONNELL HARDWICK | PO BOX 34 | BYROMVILLE | GA | 31007 |
| DOROTHY M PATTY | 8427 LEUCITE AVE | RANCHO CUCAMONGA | CA | 91730 |
| DOUGLAS EMERY | 11080 MELTON CT | SAN DIEGO | CA | 92131 |
| DOUGLAS J MITANI | 230 HERRINGTON DR | AUBURN | CA | 95603 |
| EDWARD C ENGLISH | 40 FAIRFIELD ST | NEEDHAM | MA | 2492 |
| EDWARD DOVER | 4225 HIGHWAY 24 APT B | BOURG | LA | 70343 |
| EDWARD FARRINGTON | 15 KENAN RD | NEWTOWN | CT | 6470 |
| EDWARD MCCANDLESS | 536 GENERAL MUHLENBERG RD | KING OF PRUSSIA | PA | 19406 |
| ELENA C CACICEDO | 10317 NW 9TH STREET CIR APT 207 | MIAMI | FL | 33172 |
| ELENE CASHMAN | 12 FLAMINGO CIR | WALPOLE | MA | 2081 |
| ELIZABETH BENSON | 1319 GARDEN AVE | ROSEVILLE | MN | 55113 |
| ELIZABETH BLAIR | 24 MONTECITO BLVD | NAPA | CA | 94559 |
| ERIC L NUNLEY | 2507 KIEFFER CT | VALPARAISO | IN | 46383 |
| ERIC STEVENS | 951 HILLCREST ST APT 3 | EL SEGUNDO | CA | 90245 |
| ERIN M ROACH | 1011 COUNTRY CLUB DRIVE | MARTINSVILLE | VA | 24112 |
| ERNEST DAVIS | 322 W PARKWOOD AVE | SPRINGFIELD | OH | 45506 |
| ERNEST RIVERS | 609 CLOVIS CT | COLLEGE STATION | TX | 77845 |
| EUGENE DENONOVICH | 11608 ROSSMOOR LN | SAINT LOUIS | MO | 63128 |
| EUGENE J KELLY | 224 LAND OAK RD | KNOXVILLE | TN | 37922 |
| EUGENE SIMON | 3144 BEE CAVES RD | AUSTIN | TX | 78746 |
| FLORENCE DIANNI | 304 FAIRPORT ROAD | PAINESVILLE | OH | 44077 |
| FLORENTINA RICASA | 1324 POTRERO CIR | SUISUN CITY | CA | 94585 |
| FRAN BARTHOLOMEW | 9 BAYBERRY LN | LEVITTOWN | NY | 11756 |
| FRANCESCO VETRANO | 3422 192ND ST | FLUSHING | NY | 11358 |
| FRANCIS CHARPENTIER | 23 LINDA AVE | AUBURN | MA | 1501 |
| FRANCIS MARINO JR | 10948 56TH LN | PINELLAS PARK | FL | 33782 |
| FRANCIS SILIPIGNI | 23 STIMSON AVE | LEXINGTON | MA | 2421 |
| FRANK SUPERCINSKI | 1105 SEMINOLE LN | LONGVIEW | TX | 75605 |
| FRED HUBLER | 618 GRANDVIEW AVE | CAMP HILL | PA | 17011 |
| FRED S KANN | 287 LANGLEY RD UNIT 15 | NEWTON | MA | 2459 |
| FREDERIC DISMUKES | 5338 S COUNTY ROAD 300 W | GREENCASTLE | IN | 46135 |
| FREDERIK H BEKKER | 119 ACORN DR | CHESTERTOWN | MD | 21620 |
| FREDY AVILES | 4659 QUARTZ HILL RD | QUARTZ HILL | CA | 93536 |
| GARRETT LAMBERT | 332 MAIN ST | BLAND | VA | 24315 |
| GEORGE BURZINSKI | 10945 S TRIPP AVE # 3 | OAK LAWN | IL | 60453 |
| GEORGE L WEBER | 5 FOXFIELD CV | LITTLE ROCK | AR | 72211 |
| GEORRIA MCCLELLAN | 1009 PECAN ST | NASHVILLE | GA | 31639 |
| GERALD TERRELONGE | 8007 MOSS BANK DR | LAUREL | MD | 20724 |
| GLEE MILLER | 12524 LAKE JOVITA BLVD | DADE CITY | FL | 33525 |
| GLENDA J WOODY | RT 1 BOX 20A | MOUNTAIN PARK | OK | 73559 |
| GLENN B CRANE | 3555 RANEY RD | TITUSVILLE | FL | 32780 |
| GREGORY BALGAS | PO BOX 5265 | ORANGE | CA | 92863 |

| | | | | |
|---|---|---|---|---|
| GREGORY WILKENING | 5592 CALLE ARENA | CARPINTERIA | CA | 93013 |
| GUADALUPE FOREMAN | 11808 SILKWOOD CV | AUSTIN | TX | 78739 |
| GWEN H DAVIS | 3090 BEECHWOOD DR SE | MARIETTA | GA | 30067 |
| HAMIDRE MIRSERASI | 1723 146TH AVE SE | BELLEVUE | WA | 98007 |
| HANNAH E CARSON | 618 S 9TH ST | FERNANDINA | FL | 32034 |
| HAROLD RINN | 440 NEPTUNE AVE # A13G | BROOKLYN | NY | 11224 |
| HEATHER CARRILLO | 420 KEDWICK CT | SMYRNA | TN | 37167 |
| HEATHER M HICKS | 86 HIGHLAND AVE | MIDDLETOWN | NY | 10940 |
| HELEN E CONRAD | 2005 SARATOGA DR | GASTONIA | NC | 28056 |
| HELEN E COOK | 1293 HOLLYWOOD AVE | ANNAPOLIS | MD | 21403 |
| HELEN GEYSO | 2524 176TH AVE | KENOSHA | WI | 53144 |
| HELEN KRZES | 15427 OAKLAWN PARK DR | HOUSTON | TX | 77069 |
| HELENE H RIZZOTTI | 415 BAYTREE DR | MELBOURNE | FL | 32940 |
| HOWARD M ABRAMS | 67 HICKS LN | GREAT NECK | NY | 11024 |
| HUNG NGUYEN | 9399 WOODLEIGH MILL DR | JACKSONVILLE | FL | 32244 |
| INGEBORG MAZPULE | 2091 POST ST | EAST MEADOW | NY | 11554 |
| IRIS MORRIS | 3115 JANA LN | PASADENA | TX | 77505 |
| IRIS MULDER | 94-1138 LIMAHANA ST | WAIPAHU | HI | 96797 |
| JACK RHODES | 107 DEER RUN | CHOUTEAU | OK | 74337 |
| JACK S BALICK | 3933 TIVERTON RD | RANDALLSTOWN | MD | 21133 |
| JAHAN NAGHSHINEH | 3222 LAKEHILL PL | RIVERSIDE | CA | 92501 |
| JAMES A POWERS | 312 GAYLE ST | FORT MORGAN | CO | 80701 |
| JAMES C GLOCK | 1248 ECHO LN | GREEN BAY | WI | 54304 |
| JAMES DEMAIO | 128 TYLER CITY RD | ORANGE | CT | 6477 |
| JAMES G GUIDICE | 1928 GREELEYVILLE TER | THE VILLAGES | FL | 32162 |
| JAMES P HARVEL | 603 W 17TH ST | JOHNSTON CITY | IL | 62951 |
| JAMES R DAVIS | 3090 BEECHWOOD DR SE | MARIETTA | GA | 30067 |
| JAMES RENNINGER | 4220 BROKEN ARROW DR | HARKER HEIGHTS | TX | 76548 |
| JANE A CURNEEN | 901 EAGLE BAY DR | OSSINING | NY | 10562 |
| JANE E HAMILTON | 72 WELFARE AVE | CRANSTON | RI | 2910 |
| JANE WHITE | 5124 CLIFTON DR | BATON ROUGE | LA | 70808 |
| JANET M DAVIS | 4740 RIVERWOOD DR | MADISON | OH | 44057 |
| JANET MILLER | 111 ROBERT DR | MEDICINE LODGE | KS | 67104 |
| JANI DEMONTEBNEUM | 2304 SC HIGHWAY 39 | WILLISTON | SC | 29853 |
| JARIEL MONTANO | 2221 SE 23 AVE | MIAMI | FL | 33035 |
| JASON KILLOUGH | 3385 BLUE MARLIN DR | SEMMES | AL | 36575 |
| JE BADEN-GILLETTE | 7738 162ND ST | FLUSHING | NY | 11366 |
| JEAN A SARDINAS | 10301 SW 52ND TER | MIAMI | FL | 33165 |
| JEAN T WELLS | 14554 LONDON LN | BOWIE | MD | 20715 |
| JEAN TAYLOR | 1841 VISTA RIDGE LN | SAINT LOUIS | MO | 63138 |
| JEANNE A DIPAOLA | 41 SHOVELER LN | MANAHAWKIN | NJ | 8050 |
| JEFF GINDLSPERGER | 119 HARBOR GLEN DR | LEXINGTON | SC | 29072 |
| JEFF T FORD | 4902 HARDY MCMANUS RD | EVANS | GA | 30809 |
| JEFFREY B KAPUT | 640 TOLLIS PKWY | BROADVIEW HTS | OH | 44147 |
| JENNIFER G CARR | 1526 ELSON ST | TAKOMA PARK | MD | 20912 |
| JENNIFER M EAGAN | 38 WESICKAMAN DR | SHAMONG | NJ | 8088 |
| JENNIFER M YAMADA | 2445 SPUR CT | MORGAN HILL | CA | 95037 |
| JENNIFER RANDAZZO | 645 ALTON RD | W HEMPSTEAD | NY | 11552 |
| JENS KIESEL | 602 E CENTER ST | ANAHEIM | CA | 92805 |
| JESSICA ROYAL | 3451 SERVICEBERRY LN | SPRINGDALE | AR | 72764 |
| JOAN F DONNELLY | 200 COLONIAL DR UNIT 206 | IPSWICH | MA | 1938 |
| JOAN MCCALLIE | 301 KINGS ROW DR APT 40 | LITTLE ROCK | AR | 72207 |
| JOAN WEITZMAN | 1002 10TH AVE | FOLSOM | PA | 19033 |
| JOHN B DEBLASIO | 13 BOYACK RD | CLIFTON PARK | NY | 12065 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| JOHN E HMURCIK | 920 CHARTRES ST APT 8 | NEW ORLEANS | LA | 70116 |
| JOHN J MCCANN | 31542 GROVE DR | LIVONIA | MI | 48154 |
| JOHN MERTEN | 494 ROME BEAUTY LN | CLARKESVILLE | GA | 30523 |
| JOHN R BIRD | 50 WHITEWOOD RD | MILFORD | MA | 1757 |
| JOHN T SILBERT | 3807 WINDING HOLLOW DR | FREDERICKSBURG | VA | 22408 |
| JOHN TUDINO | 12 HAMPSHIRE RD | CRANSTON | RI | 2910 |
| JOHN W PARDO | 15800 SW 106TH TER | MIAMI | FL | 33196 |
| JOSE L MARTINEZ | 6103 LARK VLY | SAN ANTONIO | TX | 78242 |
| JOSE MORENO | 1219 GLENDORA DR | WICHITA FALLS | TX | 76302 |
| JOSEF L SCHMIDT | 6228 LOS ALTOS DR | EL PASO | TX | 79912 |
| JOSEPH BROWN | 18972 MENDOTA ST | DETROIT | MI | 48221 |
| JOSEPH CHAVEZ | 4725 PANAMA LANE # 155 | BAKERSFIELD | CA | 93313 |
| JOSEPH L KEARNEY | 205 NASH AVE | FRANKLINTON | NC | 27525 |
| JOSEPH MASTORANO | 1967 S OCEAN BLVD APT 301 | POMPANO BEACH | FL | 33062 |
| JOSEPH S SKEENS | 12856 WALNUT RIDGE DR | CLIVE | IA | 50325 |
| JOSHUA C INLOW | 475 BARTLETT RD NE | PIKEVILLE | NC | 27863 |
| JUDY SUDORA | 23 W GROVER ST | FLANDERS | NJ | 7836 |
| JULIA M SCOTT | 6004 LANDON LN | BETHESDA | MD | 20817 |
| JULIE WISECARVER | 5309 DAVID DR | KENNER | LA | 70065 |
| JULIUS SCHREIBER | 2475 W 16TH ST | BROOKLYN | NY | 11214 |
| JYHWENERIC CHENG | 241 S ELECTRIC AVE | ALHAMBRA | CA | 91801 |
| KAREN L CASHMORE | 1510 N LAKE SHORE DR | ROUND LAKE BEACH | IL | 60073 |
| KAREN MAGILL | 2609 COUNTY ROAD 307 | COLORADO CITY | TX | 79512 |
| KAREN MEIER | 710 W 5TH ST | RED WING | MN | 55066 |
| KAREN VITALE | 208 WICKFORD RD | HAVERTOWN | PA | 19083 |
| KATHERI DOUGHERTY | 11 MALLARD ST | HAZLET | NJ | 7730 |
| KATHERIN NAUGHTON | 637 KENT AVE | WEST LAFAYETTE | IN | 47906 |
| KATHIE A PEARSE | 100 JULES AVE | NEW ORLEANS | LA | 70121 |
| KATHLEE BARLAMENT | 2779 OTTO CT | GREEN BAY | WI | 54313 |
| KATHLEEN LABAN | 105 W VINE ST | ARLINGTON HTS | IL | 60004 |
| KATHLEEN P KING | 208 CALLENDAR CT NW | ORTING | WA | 98360 |
| KATHRYN TURNER | 3555 E LAZY RIVER DR | DUNNELLON | FL | 34434 |
| KAZUO FURUKAWA | 2557 LANDS END DR | CARROLLTON | TX | 75006 |
| KEBRA HENDERSON | 4520 LORDS LANDING RD | UPPER MARLBORO | MD | 20772 |
| KEITH C CRANDALL | 100 CASTLE CREST RD | ALAMO | CA | 94507 |
| KEITH LABELLE | 334 MONOHAN DR | LOUISVILLE | KY | 40207 |
| KELLY MCALLISTER | 8231 LAKESHORE TRAIL EAST DR APT 128 | INDIANAPOLIS | IN | 46250 |
| KENNE CHAMBERLAIN | PO BOX 482 | CARUTHERS | CA | 93609 |
| KENNETH E IZUORA | 2630 TALLEY ST UNIT 111 | DECATUR | GA | 30030 |
| KENNETH FRITSKY | 1226 TRANQUIL RAIN AVE | HENDERSON | NV | 89012 |
| KERRI L SCHOTT | 427 HILL ST | BELLE VERNON | PA | 15012 |
| KEVIN COUGHLIN | 454 ENON CHURCH RD | SMYRNA | SC | 29743 |
| KEVIN LEAHY | 4256 MARYLAND AVE UNIT 2W | SAINT LOUIS | MO | 63108 |
| KEVIN M PLAMONDON | 8 LAWRENCE DRIVE | GREENVILLE | RI | 2828 |
| KIM L LAKE | 19053 PELICAN COVE CT | SOUTH BEND | IN | 46637 |
| KIMBERLY ANN LOVE | 7717 PHILADELPHIA RD | ROSEDALE | MD | 21237 |
| KIMBERLY MARK | 20 LAKE VIEW DR | CONCORD | NH | 3303 |
| KOKEI KING MILLER | 1156 WINDY RIDGE RD | CHAPEL HILL | NC | 27517 |
| L SANBORN-DUROST | 36 PORTAGE RD | GOFFSTOWN | NH | 3045 |
| LANCE LOESCHER | 3119 FILLMORE ST | HOLLYWOOD | FL | 33021 |
| LANECA F HARTLINE | 4894 CR 862 | MCKINNEY | TX | 75071 |
| LARRY MITCHELL | PO BOX 14395 | SPRINGFIELD | MO | 65814 |

| | | | | |
|---|---|---|---|---|
| LARRY R BULLARD | PO BOX 4120 | SHREVEPORT | LA | 71134 |
| LARRY ZAWADA | 5208 CLEARCREEK TRL | YELLOW SPRINGS | OH | 45387 |
| LAURA HELEN BRADLEY WAYMAN | 100 GRAHAM RD APT 11C | ITHACA | NY | 14850 |
| LAUREN L YOUNG | 2016 DUNEDIN CV | OLD HICKORY | TN | 37138 |
| LAWRENCE BUKOVEY | 4099 DERRWOOD DR | AKRON | OH | 44333 |
| LAWRENCE PARKER | 107 VIANNAH DR | ALEDO | TX | 76008 |
| LEO A ECKHOFF | 1275 GARDEN CIRCLE DR | SAINT LOUIS | MO | 63125 |
| LEON PIERRO | 203 WEXFORD CT | CANTON | GA | 30115 |
| LEONARD J BASINOW | 3138 VIA POINCIANA | LAKE WORTH | FL | 33467 |
| LEROY MEDEIROS | 986 LUCY ST | NEW BEDFORD | MA | 2745 |
| LESTERHARR SISSON | 494 GOOD NEWS RD | PINSON | AL | 35126 |
| LIDIYA KOVALCHUK | 1201 REBECCA LN UNIT B | SANTA BARBARA | CA | 93105 |
| LILLIAN A JONES | 53 E URNER ST | POTTSTOWN | PA | 19465 |
| LINDA GOODAKER | 190 CRIDER RD | PRINCETON | KY | 42445 |
| LINDA LESTER | 1322 COLETOVILLE RD S | VICTORIA | TX | 77905 |
| LINDA M REILLY | 34 MOUNT RIGA AVE | LATHAM | NY | 12110 |
| LINDA MCLAUGHLIN | 75 CASTLEROCK DR | YOUNGSVILLE | NC | 27596 |
| LINDA SMITH | 212 ROPER RD | LUFKIN | TX | 75904 |
| LISA A SNYDER | 3131 DIAMOND VIEW ST | CORONA | CA | 92882 |
| LISA C CLARK | 145 CLARA LN | SHERIDAN | AR | 72150 |
| LLOYD BELL | 77 BRANCHWOOD DR | BELLA VISTA | AR | 72715 |
| LOLA I WATSON | 603 CHURCH ST | FULTON | MO | 65251 |
| LORALYN MEARS | 2908 PARK AVE | RICHMOND | VA | 23221 |
| LOU E MCNEELEY | 9775 SAINT GEORGE CIR | CYPRESS | CA | 90630 |
| LOUIE AKERS | 10001 RANCH HAND AVE | LAS VEGAS | NV | 89117 |
| LOUIE LIU | 1165 YORKSHIRE DR | CUPERTINO | CA | 95014 |
| LOUIS R BAPTIST | 9930 WAGNER LN | WESTMINSTER | CO | 80031 |
| LUZ M MORTL | 1864 GREENWAY AVE | SHAKOPEE | MN | 55379 |
| LYNDA J LOTT | 2808 MUSGROVE DR | AUGUSTA | GA | 30909 |
| LYNN D ROCHE | 8992 CINNABAR DR | BRECKSVILLE | OH | 44141 |
| M CARPENTER | 8121 TANAGER CT | INDIANAPOLIS | IN | 46256 |
| MARGARET R COLE | 12 COLONIAL HILLS DR | SAINT LOUIS | MO | 63141 |
| MARGARITA MARRERO | 21341 NE 13TH PL | MIAMI | FL | 33179 |
| MARIA M GAMA | 693 N BLYTHE AVE | FRESNO | CA | 93706 |
| MARIAN A WIERSMA | 145 COLUMBIA AVE APT 770 | HOLLAND | MI | 49423 |
| MARJORIE FLINN | 4942 FILAMENT ST | ROHNERT PARK | CA | 94928 |
| MARK B ALTER | 414 COURSE ST NE | VIENNA | VA | 22180 |
| MARK E SLAGLE | 2667 SE 45TH ST | OCALA | FL | 34480 |
| MARLIN K GOTCHAL | 1630 VIA UNDOSO | SANTA MARIA | CA | 93454 |
| MARTHA J WALLACE | 499 RIDLEY RD | PALMETTO | GA | 30268 |
| MARTIN J HIGGINS | 60 DOWNING DR | BEAUFORT | SC | 29907 |
| MARY HORAN | 1502 BEECH ST | KENOVA | WV | 25530 |
| MARY L JOHNSON | 4645 N STREAM PL | MERIDIAN | ID | 83646 |
| MARY SODERSTROM | 22 OLD POINT RD | NEWBURY | MA | 1951 |
| MATTHEW ELLIOTT | 1038 HIGHLANDS DR | EAGLE POINT | OR | 97524 |
| MATTHEW R RUSTON | 72 HILLSIDE DR | SHREWSBURY | MA | 1545 |
| MAUREEN WOOD | 10565 CAMBRIDGE CT | MONTGOMERY VILLAGE | MD | 20886 |
| MAX E DRONE | 210 ISABELLE PL | MC LEANSBORO | IL | 62859 |
| MCARTHUR WILLIAMS | 3826 DERRINGER RDG | LOGANVILLE | GA | 30052 |
| MCDANIEL HOOPER | 3213 MINNICH AVE | PADUCAH | KY | 42001 |
| MEGAN MCCART | 1501 INDIAN WOODS DRIVE | GREENSBORO | GA | 30642 |
| MELIH O PEKSENAR | 125 STONEY CREEK LN | LEXINGTON | SC | 29072 |

| Name | Address | City | State | ZIP |
|---|---|---|---|---|
| MENGXIAN LI | 34864 MISSION BLVD APT 271 | UNION CITY | CA | 94587 |
| MERCY CHELLANTARA | 1740 CLYDESDALE CIR | YARDLEY | PA | 19067 |
| MICHAE KASILOWSKI | 15 MT PLEASANT ST | CHELMSFORD | MA | 1863 |
| MICHAEL E NAGEL | 2417 W FAIRVIEW ST | ALLENTOWN | PA | 18104 |
| MICHAEL HANC | 9 HERON LN | HOPEDALE | MA | 1747 |
| MICHAEL J DELANEY | 18 VALLEYWOOD VRIDE | SCHENECTADY | NY | 12309 |
| MICHAEL J KANC | 25 MARLON POND RD | HAMILTON SQ | NJ | 8690 |
| MICHAEL J RYAN | 137 ARLINGTON RD | UTICA | NY | 13501 |
| MICHAEL J URBAN | 25 PARKVIEW RD | WALLINGFORD | CT | 6492 |
| MICHAEL SWEETMAN | 3225 HAYLOFT CT | WOODBINE | MD | 21797 |
| MICHAEL W KENNEDY | 3413 SWALLOWTAIL COURT | EDGEWATER | MD | 21027 |
| MICHELLE BAETIONG | 2706 WATCH HILL DR | TARRYTOWN | NY | 10591 |
| MIGIWA BERNARD | 1440 N INDIAN HILL BLVD | CLAREMONT | CA | 91711 |
| MIRIAM E GERARD | 11405 SARASOTA CT | FREDERICKSBURG | VA | 22407 |
| MIRIAM SUNDALIUS | 133 HARPERWOOD DR | BATTLE CREEK | MI | 49014 |
| MONA S BOILLOT | 4225 APRIL RD | PENSACOLA | FL | 32504 |
| MONICA P DAOUST | 280 S FLINT CT | YARDLEY | PA | 19067 |
| NANCY A DOUGLAS | 3045 W FEATHER SOUND CT | ANTHEM | AZ | 85086 |
| NANCY L SIGNORE | 174 NEPTUNE AVE | NEW ROCHELLE | NY | 10805 |
| NANCY LASCURAIN | 211 N GAGE AVE | LOS ANGELES | CA | 90063 |
| NANCY LINGO | 1609 CAMINO DE LA SIERRA NE | ALBUQUERQUE | NM | 87112 |
| NANCY PFEFFER | 3554 WALNUT AVE | LONG BEACH | CA | 90807 |
| NICOLE CHILD | 1450 SEQUOIA DR | GILROY | CA | 95020 |
| NIKKI R POLLARD | 23 WENDELL ST # 1 | CAMBRIDGE | MA | 2138 |
| NOAH J SCHARDT | 7137 WOODRIDGE DR | CINCINNATI | OH | 45230 |
| NORMAN JOHNSON | 2404 STONEY POINT RD | CUMMING | GA | 30041 |
| OKSAN KONDRACHOVA | 300 CLIFFORD ST | NORTH BELLMORE | NY | 11710 |
| OLGA RASPALL | 3800 BIG BEND RD NE | ALBUQUERQUE | NM | 87111 |
| OSAGIE T OGBOMO | 2201 GRAYSTONE DR | JOLIET | IL | 60431 |
| PAM TURNBAUGH | PO BOX 277 | POPLAR | MT | 59255 |
| PAMELA CLEMETSON | 405 E 12TH ST APT 308 | SIOUX FALLS | SD | 57104 |
| PAMELA TURNBAUGH | PO BOX 277 | POPLAR | MT | 59255 |
| PATRICIA A HILL | 4031 KAREN LYNN DR | GLENDALE | CA | 91206 |
| PATRICIA HOGAN | 229 N CENTRAL AVE | RAMSEY | NJ | 7446 |
| PATRICIA M WARREN | 66 LANDING LN # 216 | LACONIA | NH | 3246 |
| PATRICIA PLASTER | 144 OLD TOWER RD | SUMMERVILLE | SC | 29483 |
| PATSY D CRAIN | 7553 BEEBE DR | GREENWOOD | LA | 71033 |
| PAUL A PECKHAM | 502 E BUNNY AVE | SANTA MARIA | CA | 93454 |
| PAUL HAYNES | 232 W BOURBON RD | SOMERSET | KY | 42503 |
| PAUL S HILDE | 4975 FOSTERSON DR | LOCKBOURNE | OH | 43137 |
| PAULA J KORANKA | 337 FOX HOLLOW RD | BINGHAMTON | NY | 13904 |
| PAULA J PANACCIONE | 30 PEPPERRIDGE TR | OLD SAYBROOK | CT | 6475 |
| PAULA P BLUM | 4 ELIZABETH CT | BRIARCLIFF MANOR | NY | 10510 |
| PEDREA VIGIL | 9700 EUCLID AVE NE | ALBUQUERQUE | NM | 87112 |
| PEDRO ROBLES JR | 3672 MARIETTA LN | SCHERTZ | TX | 78154 |
| PETER G DALTON | 33 ROGERS PARK AVE | BRIGHTON | MA | 2135 |
| PHILIP A BEDRY | 307 CLIFFORD ST | NORTH BELLMORE | NY | 11710 |
| PHILIP C AMMOND | 1640 OXFORD DR SE | GRAND RAPIDS | MI | 49506 |
| PHILIP HARDIN | 815 N PARK DR | ARKADELPHIA | AR | 71923 |
| PRABHI NANDIKONDA | 417 ANCHOR CREEK WAY | HOLLY SPRINGS | NC | 27540 |
| QUALITY AIR METALS | 283B CENTRE STREET | HOLBROOK | MA | 2343 |
| RACHA BILLINGSLEY | 232 PLUNK WHITSON RD | COOKEVILLE | TN | 38501 |
| RALPH R PUNGERCAR | 6090 CHATSWORTH DR | ROCKFORD | IL | 61109 |

| RANDALL TETER | 11804 MONARCH PASS | OKLAHOMA CITY | OK | 73162 |
|---|---|---|---|---|
| RAUL ZAPATA | 800 NW 141ST AVE APT 110 | PEMBROKE PINES | FL | 33028 |
| RAYMOND OBERDICK | 2283 BERKLEY AVE | SCHENECTADY | NY | 12309 |
| RENEE H ECKSTEIN | 23 BUFFALO RUN | E BRUNSWICK | NJ | 8816 |
| REX WOOD | 5230 HEATHERDALE DR | GRAPEVINE | TX | 76051 |
| RHONDA L HAVINS | 3217 W ROCHELLE RD | IRVING | TX | 75062 |
| RICH MARCINKOWSKI | 309 N PRINDLE AVE | ARLINGTON HTS | IL | 60004 |
| RICHA BIELAMOWICZ | 20814 LAKE PARK TRL | KINGWOOD | TX | 77346 |
| RICHARD DAVIS | 3790 SUMMIT LN | CHALFONT | PA | 18914 |
| RICHARD FAY | 1245 OLD ACADEMY RD | FAIRFIELD | CT | 6824 |
| RICHARD H NOWAK | 19 JOHNSON ST | FREDONIA | NY | 14063 |
| RICHARD H SELDIN | 9104 DRUMALDRY DR | BETHESDA | MD | 20817 |
| RICHARD KELLY | 3854 TORONTO RD | CAMERON PARK | CA | 95682 |
| RICHARD P KELLEY | 158 TOWNE HILL RD | MONTPELIER | VT | 5602 |
| RICHARD R GESSNER | 3209 W 87TH ST | BLOOMINGTON | MN | 55431 |
| RICHARD ROSENTHAL | 7N015 HOMEWARD GLEN DR | SAINT CHARLES | IL | 60175 |
| RICHARD T HALL | 4818 MILLSBORO RD W | MANSFIELD | OH | 44903 |
| RICHARD WALDRON | 6160 E MORNINGVIEW DR | ANAHEIM | CA | 92807 |
| RICK L STANFORD | 200 KELSEY LYNN LN | HUNTSVILLE | AL | 35806 |
| RITA HUGHES | 97 ANDERER LN APT 202 | WEST ROXBURY | MA | 2132 |
| RITA S GOTTFRIED | 636C HERITAGE HLS | SOMERS | NY | 10589 |
| ROBERT A NOTARY | 561 SAWMILL RUN DR | CANFIELD | OH | 44406 |
| ROBERT FAUST | 12281 E TENNESSEE DR # 205 | AURORA | CO | 80012 |
| ROBERT J FORGETTE | 390 PARKWAY DR | STRATFORD | CT | 6614 |
| ROBERT LANE | 13 BLACKSTONE CT | CHICO | CA | 95928 |
| ROBERT LANGDON | 6923 ARVILLA PL NE | ALBUQUERQUE | NM | 87110 |
| ROBERT M PORTER | 1180 CHATHAM RIDGE RD | WESTERVILLE | OH | 43081 |
| ROBERT PRUITT III | 5937 STONEVIEW DR | CULVER CITY | CA | 90232 |
| ROBERT RIMES | 1971 HIGHWAY 960 | CLINTON | LA | 70722 |
| ROBERT SAULS | 3230 WALKERVILLE RD | BLACKSHEAR | GA | 31516 |
| ROBERT SIEGL | 44 HOLIDAY HILL RD | ENDICOTT | NY | 13760 |
| ROBERT STEPHAN | 17192 CITRON | IRVINE | CA | 92612 |
| ROBERT W DOEHLER | 210 GREENFIELD DR | GLENVIEW | IL | 60025 |
| RON MURAM | 7418 NW 49TH ST | LAUDERHILL | FL | 33319 |
| RONALD C CLARIZIA | 24 BASS RIVER RD | BEVERLY | MA | 1915 |
| RONALD E WENCEL | 14921 S. HAWTHORNE CIRC | PLAINFIELD | IL | 60544 |
| RONNIE FESPERMAN | 5244 BAMBURG CT | FREDERICK | MD | 21703 |
| ROSA L WHITLOCK | 2501-A DONCASTER DR | ALBANY | GA | 31707 |
| ROSEMARY E MURPHY | 19853 N HIDDEN RIDGE DR | SURPRISE | AZ | 85374 |
| ROY HARRIS | 9 GLENEDEN CT | SACRAMENTO | CA | 95831 |
| ROY O STEPHENS | 6940 ELAINE WAY | SAN DIEGO | CA | 92120 |
| ROYA K KHAYAT | 19100 HARVARD AVE APT 21 | IRVINE | CA | 92612 |
| RYAN BRADY | 8 SANDY LN | EWING | NJ | 8628 |
| RYAN HALFMAN | 1693 THORNHILL LN | WOODBURY | MN | 55125 |
| SALLY WINTERS | 6935 CAMPBELL DR | SALEM | VA | 24153 |
| SANDRA D NEWSHAM | 24 RANCH DR | SHIRLEY | NY | 11967 |
| SANDRA P SISON | 3006 W SONDIESA CT | ELK GROVE | CA | 95758 |
| SANDRA PALMER | 4333 ABBY LN SW | WYOMING | MI | 49418 |
| SARA A OTTAVIANO | 119 HAMPTON CT | SICKLERVILLE | NJ | 8081 |
| SCOTT E ANGUS | 76 MATINECOCK AVE | EAST ISLIP | NY | 11730 |
| SCOTTY E HILL | 401 BLACKWELL DR | PARRISH | AL | 35580 |
| SERFINA ESKINAZI | 3220 PINE CREST CT | ABINGDON | MD | 21009 |
| SEUN AKINTEWE | 11711 COLLETT AVE APT 1925 | RIVERSIDE | CA | 92505 |
| SHANETHA FIELDS | 7617 BOWENS MILL RD | DOUGLAS | GA | 31533 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| SHARON S KEELER | 155 GALICIA WAY APT 101 | JUPITER | FL | 33458 |
| SHAUN T OLERY | 160 N 8TH ST | LEWISTON | NY | 14092 |
| SHAWN M MARLOVITS | 113 WESTON AVE | CHATHAM | NJ | 7928 |
| SHERRIE BUMBERGER | 22166 E PRINCETON CIR | AURORA | CO | 80018 |
| SHERYLL LANIA | 69 HUNTING RD | NEEDHAM HGTS | MA | 2494 |
| SHIRLE KONIGSBERG | 2814 ROLLING GREEN PL | MACUNGIE | PA | 18062 |
| SHIRLEY J RANSOM | PO BOX 472571 | AURORA | CO | 80047 |
| SHIRLEY R KAPPEL | 8777 COFFMAN PATH | INVER GROVE HEIGHTS | MN | 55076 |
| SIGRID ROGERS | 2317 FOREST DR | WAYNESBORO | VA | 22980 |
| SORAYA VARGAS | 3483 DOVECOTE MEADOW LN | DAVIE | FL | 33328 |
| STACY L QUINT | 1505 OLYMPIC CT | EVANSVILLE | IN | 47715 |
| STANLEY BROWN | 17486 CHERRY CREEK DR | PRAIRIEVILLE | LA | 70769 |
| STELLA CHU | 1200 BRICKELL BAY DR APT 2309 | MIAMI | FL | 33131 |
| STEPHANIE MANGINO | 205 E 6TH AVE | CONSHOHOCKEN | PA | 19428 |
| STEPHEN C DEES | 15327 TURNING TREE WAY | CYPRESS | TX | 77433 |
| STEPHEN CARSON | 9230 FOX MEADOW LN | EASTON | MD | 21601 |
| STEPHEN M MOONEY | 17010 S 34TH PL | PHOENIX | AZ | 85048 |
| STEVE TENHUNDFELD | 8381 BARNCLIFF CV | GERMANTOWN | TN | 38139 |
| STEVE W LIM | 16809 129TH AVE E | PUYALLUP | WA | 98374 |
| STEVE WOODY | 210 NW CHERRY AVE | CACHE | OK | 73527 |
| STUART MILLER | 28843 N 20TH LN | PHOENIX | AZ | 85085 |
| SUMEET ALETI | 12540 EDGEWATER DR | LAKEWOOD | OH | 44107 |
| SUMIT K PATEL | 1 FRANKLINTOWN BLVD | PHILADELPHIA | PA | 19103 |
| SUSAN C MCDONALD | 40 AUGUST LN | HICKSVILLE | NY | 11801 |
| SUSAN M BRUMEL | 12 BELAIRE RD | MARLBORO | NJ | 7746 |
| SUSAN RUBIN | 15324 LAKES OF DELRAY BLVD # B | DELRAY BEACH | FL | 33484 |
| SYLVIA BRAUNSTEIN | 315 THOMPSON AVE | OCEANSIDE | NY | 11572 |
| T REVOCABLE TRUST | 2017 CAMPUS DR | GARDEN CITY | KS | 67846 |
| TAKA KLING | 8585 VIA MALLORCA UNIT 233 | LA JOLLA | CA | 92037 |
| TARO E AKIYAMA | 5 SAXON CT | FREEHOLD | NJ | 7728 |
| TERRENCE W MAHER | 17 GLEN RD | DANBURY | CT | 6811 |
| THE WHEELER FAMILY | 8565 NOLANDWOOD LN | VILLA RICA | GA | 30180 |
| THOMAS E DOYLE | 1024 WELLINGTON ST | HIGH POINT | NC | 27262 |
| THOMAS G BUTH | 3112 ELM ST | BAKERSFIELD | CA | 93301 |
| THOMAS J FERRIS | 5273 RANGE DR | PITTSBURGH | PA | 15236 |
| THOMAS L INSKEEP | 1721 EBENEZER RD | CINCINNATI | OH | 45233 |
| THOMAS SAAB | 70 WINDWARD RD | LOWELL | MA | 1852 |
| TONG XU | 11 INDIAN HILL RD | FARMINGTON | CT | 6032 |
| TRACIE L MEYER | PO BOX 1251 | CLAYTON | GA | 30525 |
| TU DANG | 6204 TWENTY YEAR CHASE | COLUMBIA | MD | 21045 |
| TYRONE B BRINKLEY | 1834 BEAVER DAM RD | ENFIELD | NC | 27823 |
| TYRONE D FACIANE | 202 KRAMER CT | ENTERPRISE | AL | 36330 |
| VERDA MEYER | 26 TERRACE AVE | HIGHLAND HEIGHTS | KY | 41076 |
| VERDO L THOMAS | 5077 S 1045 E | SALT LAKE CITY | UT | 84117 |
| VERNON D MILLER | PO BOX 441 | MANCHESTER | GA | 31816 |
| VERONICA C BARELA | PO BOX 141 | TORREON | NM | 87061 |
| VICTORIA J WHITE | PO BOX 36 | BARRACKVILLE | WV | 26559 |
| WALTER L MILES | 5040 BUTTERFIELD DR | WINSTON SALEM | NC | 27105 |
| WANDA MATLOCK | 21126 WILDCROFT DR | KATY | TX | 77449 |
| WARD HALLENBERG | 3201 E 69TH ST | TULSA | OK | 74136 |
| WAYNE MILLER | 4800 HARBOUR BEACH BLVD APT | BRIGANTINE | NJ | 8203 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 1105 |  |  |  |
| WESLEY J REHFELD | 3351 INLAND EMPIRE BLVD APT 18H | ONTARIO | CA | 91764 |
| WILLIAM A LOW | 2800 BLUE JAY ST | FEDERAL HEIGHTS | CO | 80260 |
| WILLIAM THOMPSON | 43 TANKS CIR | SYLACAUGA | AL | 35151 |
| WINDERMERE REAL ES | 13901 NE 175TH ST | WOODINVILLE | WA | 98072 |
| WIRT P JONES | 4207 MANNER DALE DR | LOUISVILLE | KY | 40220 |
| XIN LIU | 324 S OLD CREEK RD | VERNON HILLS | IL | 60061 |
| YADIRA PEREZ | 3712 BALCARY BAY | CHAMPAIGN | IL | 61822 |
| YOSHIO AKIYAMA | 5 TURNHAM LN | GAITHERSBURG | MD | 20878 |

**EXHIBIT 3**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

*Browne et al. v. American Honda Motor Co., Inc.*, Case No. 09-CV-06750-MM

**A federal court authorized this Notice. This is not a solicitation from a lawyer.**

Honda and Acura Rear Brake Pad Class Action Settlement

Dear :

On July 27, 2010, the Court granted final approval of the settlement in the Honda and Acura Rear Brake Pad Class Action, with one change to the settlement. If otherwise eligible for reimbursement, class members who paid to replace their rear brake pads with non-Honda or non-Acura brake pads will be eligible to claim reimbursement of half their costs for <u>one such repair</u>, up to $125.

You are receiving this notice because you excluded yourself from the settlement. In granting final approval, the Court has allowed you additional time to consider whether to participate in the settlement. <u>If you wish to participate in the settlement</u>, you may withdraw your exclusion request by sending your full name, address, telephone number, model year and vehicle identification number (VIN), emailed or postmarked no later than _____**, 2010**, to ds@girardgibbs.com or by mail to:

Girard Gibbs LLP
c/o Honda Settlement Exclusion Withdrawal
601 California Street, Suite 1400
San Francisco, CA  94108

If you wish to remain excluded from the settlement, it is <u>not</u> necessary to take any further action at this time. If you remain excluded, you will be ineligible for reimbursements but will preserve your legal rights.

If you have any questions about this letter, your eligibility to participate in the settlement, or the settlement generally, please feel free to contact Class Counsel at 1-866-981-4800. In addition, answers to frequently asked questions are available at www.accordsettlement.com or www.GirardGibbs.com/HondaBrakes.asp.