Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Steven N. Berk (*pro hac vice*)
steven@berklawdc.com
Michael Lewis (*pro hac vice*)
**BERK LAW PLLC**
1225 Fifteenth St. NW
Washington, DC 20005
Phone: (202) 232-7550
Facsimile: (202) 232-7556

Attorneys for Individual and Representative
Plaintiffs Vanessa Browne and Paul Moore

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BROWNE and PAUL MOORE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. CV 09-06750-MMM(DTBx)<br><br>[**PROPOSED**] ORDER GRANTING JOINT STIPULATION CONCERNING SUPPLEMENTAL CLASS NOTICE |

1  The Court has reviewed and considered the parties August 9, 2010, Joint
2  Stipulation Concerning Supplemental Class Notice ("Stipulation").  Based on the
3  Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that the parties shall
4  be permitted to modify the Court-approved postcard notice to the extent necessary to
5  provide the class with the correct Effective Date as the term is defined in the Master
6  Settlement and Release.

9  Dated: August 15, 2010

_____
Hon. Margaret M. Morrow
United States District Court Judge