JS-6

1  Eric H. Gibbs (State Bar No. 178658)
2  ehg@girardgibbs.com
   Dylan Hughes (State Bar No. 209113)
3  Geoffrey A. Munroe (State Bar No. 228590)
4  **GIRARD GIBBS LLP**
   601 California Street, 14th Floor
5  San Francisco, California 94104
6  Telephone: (415) 981-4800
7  Facsimile: (415) 981-4846

8  Steven N. Berk (*pro hac vice*)
9  steven@berklawdc.com
   Michael Lewis (*pro hac vice*)
10 **BERK LAW PLLC**
11 1225 Fifteenth St. NW
   Washington, DC 20005
12 Phone: (202) 232-7550
13 Facsimile: (202) 232-7556

14
15 Attorneys for Individual and Representative
   Plaintiffs Vanessa Browne and Paul Moore

16

17              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**

18

19 VANESSA BROWNE and PAUL          Case No.  CV 09-06750-MMM(DTBx)
   MOORE, on behalf of themselves and all
20 others similarly situated,        Honorable Margaret M. Morrow

21                                    **[~~PROPOSED~~] FINAL JUDGMENT**
                  Plaintiffs,
22        v.

23
   AMERICAN HONDA MOTOR CO.,
24 INC.,

25
                  Defendant.
26

27

28

─────────────────────────────────────────────

                    FINAL JUDGMENT
           CASE NO.  CV 09-06750-MMM(DTBx)

This matter came before the Court for hearing pursuant to the Order Granting Preliminary Approval of Class Settlement dated April 15, 2010, as amended by the Court's Order dated April 30, 2010, and on application of the parties for final approval of the parties' Settlement Agreement dated March 4, 2010, as modified by the Addendum to Master Settlement Agreement and Release, dated July 7, 2010, (jointly the "Settlement Agreement"), and the Court, having entered its Order Approving Final Settlement on July 29, 2010, IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED:

1.      The Court hereby dismisses this action with prejudice and without costs, except as might be awarded in connection with Class Counsel's application for attorneys' fees and reimbursement of expenses, and for incentive awards to the named Plaintiffs ("Fee Application").

2.      The Court shall consider the Fee Application separately from its consideration of the fairness, reasonableness, and adequacy of the Settlement Agreement.  Any order or proceedings relating to the Fee Application, or any appeal from any order relating thereto or reversal or modification thereof, shall not disturb or affect this Judgment or affect or delay the finality of this Judgment.

3.      Upon the Effective Date of the Settlement Agreement, the Plaintiffs and each Class Member shall be deemed to have, and by operation of this Judgment shall have, released, waived, and discharged all legal claims or causes of action that were, or could have been, asserted against Defendant and all released entities as set forth in the Settlement Agreement regarding the Class Vehicles' Rear Braking System as alleged in the Action.  Notwithstanding the foregoing, claims for personal injuries, damage to property (other than to the Class Vehicle), and any claims of or rights to subrogation are not released, and the vehicle warranty, if any, shall remain in full force and effect.

4.      Upon the Effective Date of the Settlement Agreement, Defendant shall be deemed to have, and by operation of this Judgment shall have, released, waived, and discharged any and all legal claims, cross-claims, counterclaims, or other causes of

1

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

action pertaining to the Action and/or Settlement that were, or could have been, asserted against the Class Representatives or Class Counsel.  Defendant recognizes that, even if they later discovers facts in addition to or different from those which they now know or believe to be true, they nevertheless agree that, upon entry of the Final Approval Order and accompanying Judgment, they fully, finally, and forever settle and release any and all of the Released Claims.

5.     Attached to this Judgment as Exhibit 1 is a preliminary list setting forth the name of each person who has requested exclusion from the Class under the procedures set forth in the Preliminary Approval Order.  In accordance with this Court's Order Approving Final Settlement, class members who exercised their right to opt out shall have until October 5, 2010 to opt back into the class.  Thus, once the October 5 deadline has passed, the Court will amend this Judgment, if necessary, to remove from the list all individuals who have opted to participate in the settlement.  After that amendment, all persons remaining on the exclusion list shall be neither entitled to benefits from the Settlement nor bound by this Judgment.  All Class Members who have not submitted such an exclusion request, or who submitted such a request but withdrew it before the October 5 deadline, shall be bound by this Judgment.

6.     Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over (a) implementation of the Settlement; (b) further proceedings, if necessary, on applications for attorneys' fees, expenses, and costs in connection with the action and the settlement; and (c) the Parties and the Class Members for the purpose of construing, enforcing, and administering the Settlement Agreement and this Judgment.

Dated: August 13, 2010

_____
Hon. Margaret Morrow
United States District Court Judge

2

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

# EXHIBIT 1

## PERSONS REQUESTING EXCLUSION FROM THE CLASS

| NAME | CITY | STATE | ZIP |
|------|------|-------|-----|
| AHRIM YOON | CHANDLER | AZ | 85286 |
| AIMEE M BABIN | HOUMA | LA | 70360 |
| ALEXANDER CHAN | SAN DIEGO | CA | 92172 |
| ALI T IRANI | SAN RAMON | CA | 94583 |
| ALICE M COONEY | PALATINE | IL | 60074 |
| ALISON MOSHER | YONKERS | NY | 10704 |
| ALLEN C SMITH | CHARLOTTE | NC | 28207 |
| AMABELLE V GELLA | YUMA | AZ | 85364 |
| AMBER SHEFFIELD | POWELL | OH | 43065 |
| AMELIA CZACHURA | POSEN | IL | 60469 |
| AMY B CARPENTER | RIVERSIDE | CA | 92505 |
| ANDREY K HABURSKY | PENFIELD | NY | 14526 |
| ANGEL FLORES | WHITTIER | CA | 90605 |
| ANGELA KLAUCK | WIND LAKE | WI | 53185 |
| ANGELA MARCHESE | SAN MARCOS | TX | 78666 |
| ANGELA N BUCKLER | DALLASTOWN | PA | 17313 |
| ANN M DURHAM | UPPERCO | MD | 21155 |

| | | | |
|---|---|---|---|
| ANN SIMMONS-ELLIS | HUBBARD | TX | 76648 |
| ANNA C SMIGOCKI | SILVER SPRING | MD | 20905 |
| ANNE BARBER | NEW IBERIA | LA | 70560 |
| ANTHONY DIBIASIO | NORTH PROVIDENCE | RI | 02911 |
| ARMAND ALVANDIAN | ASHBURN | VA | 20147 |
| ARMAND RIVERA | BEVERLY HILLS | FL | 34465 |
| ARUNK RAJASEKARAN | HOLMDEL | NJ | 07733 |
| AUDREY GWENNAP | MONTGOMERY VILLAGE | MD | 20886 |
| BARBARA A BOHLAND | PERRYSVILLE | OH | 44864 |
| BARBARA J MAJORS | FAIRPORT HARBOR | OH | 44077 |
| BARBARA R GRIMES | BRISTOL | CT | 06010 |
| BEATRICE W ESPLIN | CUTLER BAY | FL | 33157 |
| BETH NATHAN | SHARON | MA | 2067 |
| BETTY CHEE | SUNNYVALE | CA | 94087 |
| BETTY CLARKE | SHAWNEE | OK | 74804 |
| BEVE FAULKENBERRY | SLIDELL | LA | 70461 |
| BEVERLY A GISONDI | CHAGRIN FALLS | OH | 44023 |
| BEVERLY FARNSWORTH | FERNANDINA BEACH | FL | 32034 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| BI LANDRON BARALT | SAN JUAN | PR | 00918 |
| BILLIE J CHOATE | MULBERRY | KS | 66756 |
| BILLY TROOP | MADISONVILLE | KY | 42431 |
| BONNIE WELINSKE | VACAVILLE | CA | 95687 |
| BRADLEY A MCNEIL | FREDERICK | MD | 21701 |
| BRADLEY MOWRY | WEST POINT | UT | 84015 |
| BRENDA B HAYNAL | NEW BOSTON | MI | 48164 |
| CAMILLE GETZLOFF | TALLAHASSEE | FL | 32317 |
| CARA M FAUCETTE | STOVALL | NC | 27582 |
| CARL D MARCACCI | WINSTON SALEM | NC | 27106 |
| CARMELO FENECH | MOUNTAIN VIEW | CA | 94041 |
| CARMEN THOMAS | PEARLAND | TX | 77581 |
| CAROL A BEARD | HOPKINS | SC | 29061 |
| CAROL A BLACK | BOWLING GREEN | OH | 43402 |
| CAROL DUBROSKY | SAINT LOUIS PARK | MN | 55426 |
| CAROL E MURPHY | METAIRIE | LA | 70003 |
| CAROL L CONRAD | MAPLE GROVE | MN | 55369 |
| CAROL MILLI | SEVERNA PARK | MD | 21146 |
| CAROL WHEELER | CAPE MAY COURT HOUSE | NJ | 08210 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| CAROLANN MAY | TEXARKANA | TX | 75503 |
| CAROLYN DEANPOLI | YORKVILLE | IL | 60560 |
| CAROLYN HUDICKA | MEDIA | PA | 19063 |
| CAROLYN WEAVER | PHILADELPHIA | PA | 19138 |
| CHARLES C OSOWSKI | WESTBURY | NY | 11590 |
| CHARLES C WESSON | SILT | CO | 81652 |
| CHARLES FOSTER | BARRINGTON | IL | 60010 |
| CHARLES G ROOKS | HUMBLE | TX | 77346 |
| CHARLES MILLER | CARLISLE | PA | 17015 |
| CHARLIE COLE | SIOUX FALLS | SD | 57108 |
| CHELSEA ROBERTSON | GREENWELL SPRINGS | LA | 70739 |
| CHERYL A BRUBAKER | WADSWORTH | OH | 44281 |
| CHERYL A BRUBAKER | HARRISBURG | PA | 17111 |
| CHRISTIN ZAROULIS | ARLINGTON | VA | 22201 |
| CINDY HILDENBRAND | PORTLAND | OR | 97216 |
| CINDY PORT-KRAUS | PARAMUS | NJ | 07652 |
| CINDY R LUNDBERG | HOFFMAN | MN | 56339 |
| CLARA HERNANDEZ | HOWARD BEACH | NY | 11414 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| CLAYTON J CRANE | DECATUR | TN | 37322 |
| CONCETTA RUSSO | BRICK | NJ | 08724 |
| COREY Y WENTLAND | GREEN BAY | WI | 54311 |
| CYNTHIA MACGRANOR | NORTH PORT | FL | 34287 |
| DAINA DEROGATIS | WILDWOOD CREST | NJ | 08260 |
| DALE A CAREY | WINTHROP | MA | 02152 |
| DANIEL L LAMBERT | MELBOURNE | FL | 32940 |
| DANIEL R CRAIG | NEWARK | CA | 94560 |
| DANIEL SHOCKLOSS | MAHWAH | NJ | 07430 |
| DARLENE FERGUSON | JAMESTOWN | IN | 46147 |
| DARRYL M POULSON | SEWELL | NJ | 08080 |
| DAVID BERTOLLO | WEST MILFORD | NJ | 07480 |
| DAVID E HAYHURST | PLEASANT HILL | MO | 64080 |
| DAVID L NELSON | SALT LAKE CITY | UT | 84106 |
| DAVID P FLEMING | CUMMING | GA | 30040 |
| DAVID ROSADO | BURLINGAME | CA | 94010 |
| DAVID W DUELL | RYDAL | PA | 19046 |
| DAVID W JUNG | FORT COLLINS | CO | 80525 |
| DAVID W PENN | ARLINGTON | VA | 22207 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| DAWN DOUGHERTY | GURNEE | IL | 60031 |
| DEANNA L BISHOFF | ZANESVILLE | OH | 43701 |
| DEBORAH DUTSCHKE | LANCASTER | TX | 75134 |
| DEBORAH TAYLOR | AUBURN | WA | 98092 |
| DEBRA L ROCK | CRANSTON | RI | 02920 |
| DEBRA PATTERSON | NEWPORT | KY | 41071 |
| DEBRA SCOTT | CANYON LAKE | CA | 92587 |
| DEIDRE D SMITH | JONESBORO | AR | 72404 |
| DENISE J BERWIND | NEWTOWN | PA | 18940 |
| DENNIS J FORNAL | ADENA | OH | 43901 |
| DIANE B PATTON | ROCKFORD | AL | 35136 |
| DIANE E JOHN | FARMINGDALE | NY | 11735 |
| DIANE MORRISON | SCOTTSBLUFF | NE | 69361 |
| DON TIPTON | DOUGLAS | WY | 82633 |
| DONALD LARSON | WEST RICHLAND | WA | 99353 |
| DONALD MCCOY | REDDING | CA | 96001 |
| DONALD R OLSON | CLAYTON | GA | 30525 |
| DONNELL HARDWICK | BYROMVILLE | GA | 31007 |
| DOROTHY M PATTY | RANCHO CUCAMONGA | CA | 91730 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| DOUGLAS EMERY | SAN DIEGO | CA | 92131 |
| DOUGLAS J MITANI | AUBURN | CA | 95603 |
| EDWARD C ENGLISH | NEEDHAM | MA | 02492 |
| EDWARD DOVER | BOURG | LA | 70343 |
| EDWARD FARRINGTON | NEWTOWN | CT | 06470 |
| EDWARD MCCANDLESS | KING OF PRUSSIA | PA | 19406 |
| ELENA C CACICEDO | MIAMI | FL | 33172 |
| ELENE CASHMAN | WALPOLE | MA | 02081 |
| ELIZABETH BENSON | ROSEVILLE | MN | 55113 |
| ELIZABETH BLAIR | NAPA | CA | 94559 |
| ERIC L NUNLEY | VALPARAISO | IN | 46383 |
| ERIC STEVENS | EL SEGUNDO | CA | 90245 |
| ERIN M ROACH | MARTINSVILLE | VA | 24112 |
| ERNEST DAVIS | SPRINGFIELD | OH | 45506 |
| ERNEST RIVERS | COLLEGE STATION | TX | 77845 |
| EUGENE DENONOVICH | SAINT LOUIS | MO | 63128 |
| EUGENE J KELLY | KNOXVILLE | TN | 37922 |
| EUGENE SIMON | AUSTIN | TX | 78746 |
| FLORENCE DIANNI | PAINESVILLE | OH | 44077 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| FRAN BARTHOLOMEW | LEVITTOWN | NY | 11756 |
| FRANCESCO VETRANO | FLUSHING | NY | 11358 |
| FRANCIS CHARPENTIER | AUBURN | MA | 01501 |
| FRANCIS MARINO JR | PINELLAS PARK | FL | 33782 |
| FRANCIS SILIPIGNI | LEXINGTON | MA | 02421 |
| FRANK SUPERCINSKI | LONGVIEW | TX | 75605 |
| FRED HUBLER | CAMP HILL | PA | 17011 |
| FRED S KANN | NEWTON | MA | 02459 |
| FREDERIC DISMUKES | GREENCASTLE | IN | 46135 |
| FREDERIK H BEKKER | CHESTERTOWN | MD | 21620 |
| FREDY AVILES | QUARTZ HILL | CA | 93536 |
| GARRETT LAMBERT | BLAND | VA | 24315 |
| GEORGE BURZINSKI | OAK LAWN | IL | 60453 |
| GEORGE L WEBER | LITTLE ROCK | AR | 72211 |
| GEORRIA MCCLELLAN | NASHVILLE | GA | 31639 |
| GERALD TERRELONGE | LAUREL | MD | 20724 |
| GLEE MILLER | DADE CITY | FL | 33525 |
| GLENDA J WOODY | MOUNTAIN PARK | OK | 73559 |
| GLENN B CRANE | TITUSVILLE | FL | 32780 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| GREGORY BALGAS | ORANGE | CA | 92863 |
| GUADALUPE FOREMAN | AUSTIN | TX | 78739 |
| GWEN H DAVIS | MARIETTA | GA | 30067 |
| HAMIDRE MIRSERASI | BELLEVUE | WA | 98007 |
| HANNAH E CARSON | FERNANDINA | FL | 32034 |
| HAROLD RINN | BROOKLYN | NY | 11224 |
| HEATHER M HICKS | MIDDLETOWN | NY | 10940 |
| HELEN E CONRAD | GASTONIA | NC | 28056 |
| HELEN E COOK | ANNAPOLIS | MD | 21403 |
| HELEN GEYSO | KENOSHA | WI | 53144 |
| HELEN KRZES | HOUSTON | TX | 77069 |
| HELENE H RIZZOTTI | MELBOURNE | FL | 32940 |
| HOWARD M ABRAMS | GREAT NECK | NY | 11024 |
| HUNG NGUYEN | JACKSONVILLE | FL | 32244 |
| INGEBORG MAZPULE | EAST MEADOW | NY | 11554 |
| IRIS MORRIS | PASADENA | TX | 77505 |
| IRIS MULDER | WAIPAHU | HI | 96797 |
| JACK RHODES | CHOUTEAU | OK | 74337 |
| JACK S BALICK | RANDALLSTOWN | MD | 21133 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| JAHAN NAGHSHINEH | RIVERSIDE | CA | 92501 |
| JAMES A POWERS | FORT MORGAN | CO | 80701 |
| JAMES C GLOCK | GREEN BAY | WI | 54304 |
| JAMES DEMAIO | ORANGE | CT | 06477 |
| JAMES G GUIDICE | THE VILLAGES | FL | 32162 |
| JAMES P HARVEL | JOHNSTON CITY | IL | 62951 |
| JAMES R DAVIS | MARIETTA | GA | 30067 |
| JAMES RENNINGER | HARKER HEIGHTS | TX | 76548 |
| JANE A CURNEEN | OSSINING | NY | 10562 |
| JANE E HAMILTON | CRANSTON | RI | 02910 |
| JANE WHITE | BATON ROUGE | LA | 70808 |
| JANET M DAVIS | MADISON | OH | 44057 |
| JANET MILLER | MEDICINE LODGE | KS | 67104 |
| JANI DEMONTEBNEUM | WILLISTON | SC | 29853 |
| JARIEL MONTANO | MIAMI | FL | 33035 |
| JASON KILLOUGH | SEMMES | AL | 36575 |
| JE BADEN-GILLETTE | FLUSHING | NY | 11366 |
| JEAN A SARDINAS | MIAMI | FL | 33165 |
| JEAN T WELLS | BOWIE | MD | 20715 |
| JEAN TAYLOR | SAINT LOUIS | MO | 63138 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| JEANNE A DIPAOLA | MANAHAWKIN | NJ | 08050 |
| JEFF GINDLESPERGER | LEXINGTON | SC | 29072 |
| JEFF T FORD | EVANS | GA | 30809 |
| JEFFREY B KAPUT | BROADVIEW HTS | OH | 44147 |
| JENNIFER G CARR | TAKOMA PARK | MD | 20912 |
| JENNIFER M YAMADA | MORGAN HILL | CA | 95037 |
| JENNIFER RANDAZZO | W HEMPSTEAD | NY | 11552 |
| JENS KIESEL | ANAHEIM | CA | 92805 |
| JESSICA ROYAL | SPRINGDALE | AR | 72764 |
| JOAN F DONNELLY | IPSWICH | MA | 01938 |
| JOAN MCCALLIE | LITTLE ROCK | AR | 72207 |
| JOAN WEITZMAN | FOLSOM | PA | 19033 |
| JOHN B DEBLASIO | CLIFTON PARK | NY | 12065 |
| JOHN E HMURCIK | NEW ORLEANS | LA | 70116 |
| JOHN J MCCANN | LIVONIA | MI | 48154 |
| JOHN MERTEN | CLARKESVILLE | GA | 30523 |
| JOHN T SILBERT | FREDERICKSBURG | VA | 22408 |
| JOHN TUDINO | CRANSTON | RI | 02910 |
| JOHN W PARDO | MIAMI | FL | 33196 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| JOSE L MARTINEZ | SAN ANTONIO | TX | 78242 |
| JOSE MORENO | WICHITA FALLS | TX | 76302 |
| JOSEF L SCHMIDT | EL PASO | TX | 79912 |
| JOSEPH BROWN | DETROIT | MI | 48221 |
| JOSEPH CHAVEZ | BAKERSFIELD | CA | 93313 |
| JOSEPH L KEARNEY | FRANKLINTON | NC | 27525 |
| JOSEPH MASTORANO | POMPANO BEACH | FL | 33062 |
| JOSEPH S SKEENS | CLIVE | IA | 50325 |
| JOSHUA C INLOW | PIKEVILLE | NC | 27863 |
| JUDY SUDORA | FLANDERS | NJ | 07836 |
| JULIA M SCOTT | BETHESDA | MD | 20817 |
| JULIE WISECARVER | KENNER | LA | 70065 |
| JULIUS SCHREIBER | BROOKLYN | NY | 11214 |
| JYHWENERIC CHENG | ALHAMBRA | CA | 91801 |
| KAREN L CASHMORE | ROUND LAKE BEACH | IL | 60073 |
| KAREN MAGILL | COLORADO CITY | TX | 79512 |
| KAREN MEIER | RED WING | MN | 55066 |
| KAREN VITALE | HAVERTOWN | PA | 19083 |
| KATHERI DOUGHERTY | HAZLET | NJ | 07730 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| KATHERIN NAUGHTON | WEST LAFAYETTE | IN | 47906 |
| KATHIE A PEARSE | NEW ORLEANS | LA | 70121 |
| KATHLEE BARLAMENT | GREEN BAY | WI | 54313 |
| KATHLEEN LABAN | ARLINGTON HTS | IL | 60004 |
| KATHLEEN P KING | ORTING | WA | 98360 |
| KATHRYN TURNER | DUNNELLON | FL | 34434 |
| KAZUO FURUKAWA | CARROLLTON | TX | 75006 |
| KEBRA HENDERSON | UPPER MARLBORO | MD | 20772 |
| KEITH C CRANDALL | ALAMO | CA | 94507 |
| KEITH LABELLE | LOUISVILLE | KY | 40207 |
| KELLY MCALLISTER | INDIANAPOLIS | IN | 46250 |
| KENNE CHAMBERLAIN | CARUTHERS | CA | 93609 |
| KENNETH E IZUORA | DECATUR | GA | 30030 |
| KENNETH FRITSKY | HENDERSON | NV | 89012 |
| KERRI L SCHOTT | BELLE VERNON | PA | 15012 |
| KEVIN COUGHLIN | SMYRNA | SC | 29743 |
| KEVIN LEAHY | SAINT LOUIS | MO | 63108 |
| KEVIN M PLAMONDON | GREENVILLE | RI | 02828 |
| KIM L LAKE | SOUTH BEND | IN | 46637 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| KIMBERLY ANN LOVE | ROSEDALE | MD | 21237 |
|---|---|---|---|
| KIMBERLY MARK | CONCORD | NH | 03303 |
| KOKEI KING MILLER | CHAPEL HILL | NC | 27517 |
| L SANBORN-DUROST | GOFFSTOWN | NH | 03045 |
| LANCE LOESCHER | HOLLYWOOD | FL | 33021 |
| LANECA F HARTLINE | MCKINNEY | TX | 75071 |
| LARRY MITCHELL | SPRINGFIELD | MO | 65814 |
| LARRY R BULLARD | SHREVEPORT | LA | 71134 |
| LARRY ZAWADA | YELLOW SPRINGS | OH | 45387 |
| LAURA HELEN BRADLEY WAYMAN | ITHACA | NY | 14850 |
| LAUREN L YOUNG | OLD HICKORY | TN | 37138 |
| LAWRENCE BUKOVEY | AKRON | OH | 44333 |
| LAWRENCE PARKER | ALEDO | TX | 76008 |
| LEO A ECKHOFF | SAINT LOUIS | MO | 63125 |
| LEON PIERRO | CANTON | GA | 30115 |
| LEONARD J BASINOW | LAKE WORTH | FL | 33467 |
| LEROY MEDEIROS | NEW BEDFORD | MA | 02745 |
| LESTERHARR SISSON | PINSON | AL | 35126 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| LIDIYA KOVALCHUK | SANTA BARBARA | CA | 93105 |
| LILLIAN A JONES | POTTSTOWN | PA | 19465 |
| LINDA GOODAKER | PRINCETON | KY | 42445 |
| LINDA LESTER | VICTORIA | TX | 77905 |
| LINDA M REILLY | LATHAM | NY | 12110 |
| LINDA MCLAUGHLIN | YOUNGSVILLE | NC | 27596 |
| LINDA SMITH | LUFKIN | TX | 75904 |
| LISA A SNYDER | CORONA | CA | 92882 |
| LISA C CLARK | SHERIDAN | AR | 72150 |
| LLOYD BELL | BELLA VISTA | AR | 72715 |
| LOLA I WATSON | FULTON | MO | 65251 |
| LORALYN MEARS | RICHMOND | VA | 23221 |
| LOU E MCNEELEY | CYPRESS | CA | 90630 |
| LOUIE AKERS | LAS VEGAS | NV | 89117 |
| LOUIE LIU | CUPERTINO | CA | 95014 |
| LOUIS R BAPTIST | WESTMINSTER | CO | 80031 |
| LUZ M MORTL | SHAKOPEE | MN | 55379 |
| LYNDA J LOTT | AUGUSTA | GA | 30909 |
| LYNN D ROCHE | BRECKSVILLE | OH | 44141 |
| M CARPENTER | INDIANAPOLIS | IN | 46256 |
| MARGARET R COLE | SAINT LOUIS | MO | 63141 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| MARGARITA MARRERO | MIAMI | FL | 33179 |
| MARIA M GAMA | FRESNO | CA | 93706 |
| MARIAN A WIERSMA | HOLLAND | MI | 49423 |
| MARJORIE FLINN | ROHNERT PARK | CA | 94928 |
| MARK B ALTER | VIENNA | VA | 22180 |
| MARK E SLAGLE | OCALA | FL | 34480 |
| MARLIN K GOTCHAL | SANTA MARIA | CA | 93454 |
| MARTHA J WALLACE | PALMETTO | GA | 30268 |
| MARTIN J HIGGINS | BEAUFORT | SC | 29907 |
| MARY HORAN | KENOVA | WV | 25530 |
| MARY L JOHNSON | MERIDIAN | ID | 83646 |
| MARY SODERSTROM | NEWBURY | MA | 01951 |
| MATTHEW ELLIOTT | EAGLE POINT | OR | 97524 |
| MATTHEW R RUSTON | SHREWSBURY | MA | 01545 |
| MAUREEN WOOD | MONTGOMERY VILLAGE | MD | 20886 |
| MAX E DRONE | MC LEANSBORO | IL | 62859 |
| MCARTHUR WILLIAMS | LOGANVILLE | GA | 30052 |
| MCDANIEL HOOPER | PADUCAH | KY | 42001 |
| MEGAN MCCART | GREENSBORO | GA | 30642 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| MELIH O PEKSENAR | LEXINGTON | SC | 29072 |
| MENGXIAN LI | UNION CITY | CA | 94587 |
| MICHAE KASILOWSKI | CHELMSFORD | MA | 01863 |
| MICHAEL E NAGEL | ALLENTOWN | PA | 18104 |
| MICHAEL HANC | HOPEDALE | MA | 01747 |
| MICHAEL J DELANEY | SCHENECTADY | NY | 12309 |
| MICHAEL J KANC | HAMILTON SQ | NJ | 08690 |
| MICHAEL J URBAN | WALLINGFORD | CT | 06492 |
| MICHAEL SWEETMAN | WOODBINE | MD | 21797 |
| MICHELLE BAETIONG | TARRYTOWN | NY | 10591 |
| MIGIWA BERNARD | CLAREMONT | CA | 91711 |
| MIRIAM E GERARD | FREDERICKSBURG | VA | 22407 |
| MIRIAM SUNDALIUS | BATTLE CREEK | MI | 49014 |
| MONA S BOILLOT | PENSACOLA | FL | 32504 |
| MONICA P DAOUST | YARDLEY | PA | 19067 |
| NANCY A DOUGLAS | ANTHEM | AZ | 85086 |
| NANCY L SIGNORE | NEW ROCHELLE | NY | 10805 |
| NANCY LASCURAIN | LOS ANGELES | CA | 90063 |
| NANCY LINGO | ALBUQUERQUE | NM | 87112 |
| NANCY PFEFFER | LONG BEACH | CA | 90807 |
| NICOLE CHILD | GILROY | CA | 95020 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| NIKKI R POLLARD | CAMBRIDGE | MA | 02138 |
| NOAH J SCHARDT | CINCINNATI | OH | 45230 |
| NORMAN JOHNSON | CUMMING | GA | 30041 |
| OKSAN KONDRACHOVA | NORTH BELLMORE | NY | 11710 |
| OLGA RASPALL | ALBUQUERQUE | NM | 87111 |
| OSAGIE T OGBOMO | JOLIET | IL | 60431 |
| PAM TURNBAUGH | POPLAR | MT | 59255 |
| PAMELA CLEMETSON | SIOUX FALLS | SD | 57104 |
| PAMELA TURNBAUGH | POPLAR | MT | 59255 |
| PATRICIA A HILL | GLENDALE | CA | 91206 |
| PATRICIA HOGAN | RAMSEY | NJ | 07446 |
| PATRICIA M WARREN | LACONIA | NH | 03246 |
| PATRICIA PLASTER | SUMMERVILLE | SC | 29483 |
| PATSY D CRAIN | GREENWOOD | LA | 71033 |
| PAUL A PECKHAM | SANTA MARIA | CA | 93454 |
| PAUL HAYNES | SOMERSET | KY | 42503 |
| PAUL S HILDE | LOCKBOURNE | OH | 43137 |
| PAULA J KORANKA | BINGHAMTON | NY | 13904 |
| PAULA J PANACCIONE | OLD SAYBROOK | CT | 06475 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| PAULA P BLUM | BRIARCLIFF MANOR | NY | 10510 |
|---|---|---|---|
| PEDREA VIGIL | ALBUQUERQUE | NM | 87112 |
| PEDRO ROBLES JR | SCHERTZ | TX | 78154 |
| PETER G DALTON | BRIGHTON | MA | 02135 |
| PHILIP A BEDRY | NORTH BELLMORE | NY | 11710 |
| PHILIP C AMMOND | GRAND RAPIDS | MI | 49506 |
| PHILIP HARDIN | ARKADELPHIA | AR | 71923 |
| PRABHI NANDIKONDA | HOLLY SPRINGS | NC | 27540 |
| QUALITY AIR METALS | HOLBROOK | MA | 02343 |
| RACHA BILLINGSLEY | COOKEVILLE | TN | 38501 |
| RALPH R PUNGERCAR | ROCKFORD | IL | 61109 |
| RANDALL TETER | OKLAHOMA CITY | OK | 73162 |
| RAUL ZAPATA | PEMBROKE PINES | FL | 33028 |
| RAYMOND OBERDICK | SCHENECTADY | NY | 12309 |
| RENEE H ECKSTEIN | E BRUNSWICK | NJ | 08816 |
| REX WOOD | GRAPEVINE | TX | 76051 |
| RHONDA L HAVINS | IRVING | TX | 75062 |
| RICH MARCINKOWSKI | ARLINGTON HTS | IL | 60004 |
| RICHA BIELAMOWICZ | KINGWOOD | TX | 77346 |
| RICHARD DAVIS | CHALFONT | PA | 18914 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| RICHARD FAY | FAIRFIELD | CT | 06824 |
| RICHARD H NOWAK | FREDONIA | NY | 14063 |
| RICHARD H SELDIN | BETHESDA | MD | 20817 |
| RICHARD KELLY | CAMERON PARK | CA | 95682 |
| RICHARD P KELLEY | MONTPELIER | VT | 05602 |
| RICHARD R GESSNER | BLOOMINGTON | MN | 55431 |
| RICHARD ROSENTHAL | SAINT CHARLES | IL | 60175 |
| RICHARD T HALL | MANSFIELD | OH | 44903 |
| RICHARD WALDRON | ANAHEIM | CA | 92807 |
| RICK L STANFORD | HUNTSVILLE | AL | 35806 |
| RITA HUGHES | WEST ROXBURY | MA | 02132 |
| RITA S GOTTFRIED | SOMERS | NY | 10589 |
| ROBERT A NOTARY | CANFIELD | OH | 44406 |
| ROBERT FAUST | AURORA | CO | 80012 |
| ROBERT J FORGETTE | STRATFORD | CT | 06614 |
| ROBERT LANE | CHICO | CA | 95928 |
| ROBERT LANGDON | ALBUQUERQUE | NM | 87110 |
| ROBERT M PORTER | WESTERVILLE | OH | 43081 |
| ROBERT PRUITT III | CULVER CITY | CA | 90232 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| ROBERT RIMES | CLINTON | LA | 70722 |
| ROBERT SAULS | BLACKSHEAR | GA | 31516 |
| ROBERT SIEGL | ENDICOTT | NY | 13760 |
| ROBERT STEPHAN | IRVINE | CA | 92612 |
| ROBERT W DOEHLER | GLENVIEW | IL | 60025 |
| RON MURAM | LAUDERHILL | FL | 33319 |
| RONALD C CLARIZIA | BEVERLY | MA | 01915 |
| RONALD E WENCEL | PLAINFIELD | IL | 60544 |
| RONNIE FESPERMAN | FREDERICK | MD | 21703 |
| ROSA L WHITLOCK | ALBANY | GA | 31707 |
| ROSEMARY E MURPHY | SURPRISE | AZ | 85374 |
| ROY HARRIS | SACRAMENTO | CA | 95831 |
| ROY O STEPHENS | SAN DIEGO | CA | 92120 |
| ROYA K KHAYAT | IRVINE | CA | 92612 |
| RYAN BRADY | EWING | NJ | 08628 |
| RYAN HALFMAN | WOODBURY | MN | 55125 |
| SALLY WINTERS | SALEM | VA | 24153 |
| SANDRA D NEWSHAM | SHIRLEY | NY | 11967 |
| SANDRA P SISON | ELK GROVE | CA | 95758 |
| SANDRA PALMER | WYOMING | MI | 49418 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| SARA A OTTAVIANO | SICKLERVILLE | NJ | 08081 |
| SCOTT E ANGUS | EAST ISLIP | NY | 11730 |
| SCOTTY E HILL | PARRISH | AL | 35580 |
| SERFINA ESKINAZI | ABINGDON | MD | 21009 |
| SEUN AKINTEWE | RIVERSIDE | CA | 92505 |
| SHANETHA FIELDS | DOUGLAS | GA | 31533 |
| SHARON S KEELER | JUPITER | FL | 33458 |
| SHAUN T OLERY | LEWISTON | NY | 14092 |
| SHAWN M MARLOVITS | CHATHAM | NJ | 07928 |
| SHERRIE BUMBERGER | AURORA | CO | 80018 |
| SHERYLL LANIA | NEEDHAM HGTS | MA | 2494 |
| SHIRLE KONIGSBERG | MACUNGIE | PA | 18062 |
| SHIRLEY J RANSOM | AURORA | CO | 80047 |
| SHIRLEY R KAPPEL | INVER GROVE HEIGHTS | MN | 55076 |
| SIGRID ROGERS | WAYNESBORO | VA | 22980 |
| SORAYA VARGAS | DAVIE | FL | 33328 |
| STACY L QUINT | EVANSVILLE | IN | 47715 |
| STELLA CHU | MIAMI | FL | 33131 |
| STEPHANIE MANGINO | CONSHOHOCKEN | PA | 19428 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| STEPHEN C DEES | CYPRESS | TX | 77433 |
| STEPHEN CARSON | EASTON | MD | 21601 |
| STEPHEN M MOONEY | PHOENIX | AZ | 85048 |
| STEVE TENHUNDFELD | GERMANTOWN | TN | 38139 |
| STEVE W LIM | PUYALLUP | WA | 98374 |
| STEVE WOODY | CACHE | OK | 73527 |
| STUART MILLER | PHOENIX | AZ | 85085 |
| SUMEET ALETI | LAKEWOOD | OH | 44107 |
| SUSAN C MCDONALD | HICKSVILLE | NY | 11801 |
| SUSAN M BRUMEL | MARLBORO | NJ | 7746 |
| SUSAN RUBIN | DELRAY BEACH | FL | 33484 |
| SYLVIA BRAUNSTEIN | OCEANSIDE | NY | 11572 |
| T REVOCABLE TRUST | GARDEN CITY | KS | 67846 |
| TAKA KLING | LA JOLLA | CA | 92037 |
| TARO E AKIYAMA | FREEHOLD | NJ | 07728 |
| TERRENCE W MAHER | DANBURY | CT | 06811 |
| THE WHEELER FAMILY | VILLA RICA | GA | 30180 |
| THOMAS G BUTH | BAKERSFIELD | CA | 93301 |
| THOMAS J FERRIS | PITTSBURGH | PA | 15236 |
| THOMAS L INSKEEP | CINCINNATI | OH | 45233 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| | | | |
|---|---|---|---|
| THOMAS SAAB | LOWELL | MA | 01852 |
| TONG XU | FARMINGTON | CT | 06032 |
| TRACIE L MEYER | CLAYTON | GA | 30525 |
| TU DANG | COLUMBIA | MD | 21045 |
| TYRONE B BRINKLEY | ENFIELD | NC | 27823 |
| TYRONE D FACIANE | ENTERPRISE | AL | 36330 |
| VERDA MEYER | HIGHLAND HEIGHTS | KY | 41076 |
| VERDO L THOMAS | SALT LAKE CITY | UT | 84117 |
| VERNON D MILLER | MANCHESTER | GA | 31816 |
| VERONICA C BARELA | TORREON | NM | 87061 |
| VICTORIA J WHITE | BARRACKVILLE | WV | 26559 |
| WALTER L MILES | WINSTON SALEM | NC | 27105 |
| WANDA MATLOCK | KATY | TX | 77449 |
| WARD HALLENBERG | TULSA | OK | 74136 |
| WAYNE MILLER | BRIGANTINE | NJ | 08203 |
| WESLEY J REHFELD | ONTARIO | CA | 91764 |
| WILLIAM A LOW | FEDERAL HEIGHTS | CO | 80260 |
| WILLIAM THOMPSON | SYLACAUGA | AL | 35151 |
| WINDERMERE REAL ES | WOODINVILLE | WA | 98072 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)

| XIN LIU | VERNON HILLS | IL | 60061 |
| YADIRA PEREZ | CHAMPAIGN | IL | 61822 |
| YOSHIO AKIYAMA | GAITHERSBURG | MD | 20878 |
| ZHAORUI LIAN | PHILA | PA | 19128 |

FINAL JUDGMENT
CASE NO.  CV 09-06750-MMM(DTBx)