Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

Steven N. Berk (*pro hac vice*)
steven@berklawdc.com
Michael Lewis (*pro hac vice*)
**BERK LAW PLLC**
1225 Fifteenth St. NW
Washington, DC 20005
Phone: (202) 232-7550
Facsimile: (202) 232-7556

Attorneys for Individual and Representative
Plaintiffs Vanessa Browne and Paul Moore

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA BROWNE and PAUL MOORE, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>     v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>            Defendant. | Case No.  CV 09-06750-MMM(DTBx)<br><br>**JOINT NOTICE OF COMPLIANCE WITH COURT ORDER** |

The parties respectfully submit this notice to inform the Court of their compliance with the Court's Order Approving Final Settlement. (*See* Doc. #55 (July 29, 2010).) In that Order, the Court approved two notices to be sent to class members. First, by August 6, 2010, the parties were to notify all class members who had opted out of the settlement of the additional benefits under the Addendum to the Settlement Agreement and of their right to opt back into the settlement. (*See* Exhibit B to the Court's Order.) Second, American Honda Motor Co., Inc. ("Honda") was to notify the class by postcard of the additional settlement benefits and that the settlement had gone into effect. (*Id.* at 16-17, n.90.)

Following the issuance of the Court's Order Approving Final Settlement:

(i) On August 3, 2010, Plaintiffs mailed the required notice to the class members who opted out of the settlement. So far, 16 additional class members have opted back into the settlement.

(ii) On September 9, 2010, Honda, through the Settlement Administrator, completed its mailing of the postcard notice to the class.

(iii) To date, the Settlement Administrator has received a total of 55,891 claims and, since the Fairness Hearing on July 26, continues to receive an average of over 2,300 claims each week. The Settlement Administrator mailed the first batch of reimbursement checks on September 9, paying out over $4.7 million to 40,488 class members. The Settlement Administrator is required to mail the next batch of checks by September 18, and will continue to mail reimbursement checks until the claims period expires.

(iv) The parties will submit an amended Final Judgment to the Court, containing a revised list of the class members who opted out of the settlement, once the October 5, 2010, deadline for opting back into the settlement has passed.

//
//
//

DATED: September 15, 2010    Respectfully submitted,

**GIRARD GIBBS LLP**

By:   /s/ Eric H. Gibbs

Dylan Hughes
Geoffrey A. Munroe
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Steven N. Berk
Michael Lewis
**BERK LAW PLLC**
1225 Fifteenth St. NW
Washington, DC 20005
Telephone: (202) 232-7550
Facsimile: (202) 232-7556

*Attorneys for Individual and Representative Plaintiffs Vanessa Browne and Paul Moore*

DATED: September 15, 2010    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:   /s/ Roy M. Brisbois

Eric Y. Kizirian
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

*Attorneys for American Honda Motor Co., Inc.*